PLD-C-001

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Junita Castanon-Gamboa (Pro Per Litigant)
C/O Optimus Law 9473 Garvey Ave., Ste 20
South El Monte, CA 91733

TELEPHONE NO: (626) 324-2684 FAX NO. *(Optional):* (424) 389-7069
E-MAIL ADDRESS *(Optional):* raul.castanon@vahoo.com
ATTORNEY FOR *(Name):* Plaintiff Junita Castanon-Gamboa

FOR COURT USE ONLY

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

FEB 02 2022

Sherri R. Carter, Executive Officer/Clerk of Court
By: Francisco Caldera, Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: SAME
CITY AND ZIP CODE: Los Angeles. CA 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF: Junita Castanon-Gamboa dba Junita Flowers and Botanics
DEFENDANT: The ADT Security Coporation; America's Security
[x] DOES 1 TO 20 Inclusive

## CONTRACT

[x] COMPLAINT [ ] AMENDED COMPLAINT *(Number):*

[ ] CROSS-COMPLAINT [ ] AMENDED CROSS-COMPLAINT *(Number):*

**Jurisdiction *(check all that apply):***
[x] **ACTION IS A LIMITED CIVIL CASE**
**Amount demanded** [ ] **does not exceed $10,000**
[x] **exceeds $10,000 but does not exceed $25,000**
[ ] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
[ ] **ACTION IS RECLASSIFIED by this amended complaint or cross-complaint**
[ ] **from limited to unlimited**
[ ] **from unlimited to limited**

CASE NUMBER:
22STLC00682

1. **Plaintiff*** *(name or names):*
Junita Castanon-Gamboa dba Junitas Flowers and Botanics
alleges causes of action against **defendant*** *(name or names):*
The ADT Security Coporation; America's Security and Does 1-20 Inclusive
2. This pleading, including attachments and exhibits, consists of the following number of pages: 19
3. a. Each plaintiff named above is a competent adult
   [ ] **except** plaintiff *(name):*
   (1) [ ] a corporation qualified to do business in California
   (2) [ ] an unincorporated entity *(describe):*
   (3) [ ] other *(specify):*

   b. [x] Plaintiff *(name):* Junita Castanon-Gamboa
   a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name *(specify):*

   b. [x] has complied with all licensing requirements as a licensed *(specify):* Junita's Flowers, Botanics Product

   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.
4. a. Each defendant named above is a natural person
   [ ] **except** defendant *(name):* The ADT Security Corporation
   (1) [ ] a business organization, form unknown
   (2) [x] a corporation
   (3) [ ] an unincorporated entity *(describe):*
   (4) [ ] a public entity *(describe):*
   (5) [ ] other *(specify):*

   [ ] **except** defendant *(name):* America's Security
   (1) [ ] a business organization, form unknown
   (2) [x] a corporation
   (3) [ ] an unincorporated entity *(describe):*
   (4) [ ] a public entity *(describe):*
   (5) [ ] other *(specify):*

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12

Exhibit A - 017

PLD-C-001

| SHORT TITLE: Junita Gamboa vs The ADT Security Coporation et.al. | CASE NUMBER: |
|---|---|

4. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) [x] Doe defendants *(specify Doe numbers)*: 1-10 were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) [x] Doe defendants *(specify Doe numbers)*: 11-20 are persons whose capacities are unknown to plaintiff.
   c. [ ] Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

5. [x] Plaintiff is required to comply with a claims statute, **and**
   a. [x] has complied with applicable claims statutes, *or*
   b. [ ] is excused from complying because *(specify)*:

6. [ ] This action is subject to [ ] Civil Code section 1812.10 [ ] Civil Code section 2984.4.
7. This court is the proper court because
   a. [x] a defendant entered into the contract here.
   b. [ ] a defendant lived here when the contract was entered into.
   c. [ ] a defendant lives here now.
   d. [x] the contract was to be performed here.
   e. [ ] a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. [ ] real property that is the subject of this action is located here.
   g. [x] other *(specify)*:
      the location where business was harmed and contract performed was here.
8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   [x] Breach of Contract
   [x] Common Counts
   [x] Other *(specify)*:
   Torts and actions ; Intentional; Negligence ; Product Liability; Exemplary Damages
9. [x] Other allegations:
   Defendants are libel to Plaintiff for General and Specific damages as well Emotional Pain and Sufferig

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. [x] damages of: $25,000.00
    b. [x] interest on the damages
       (1) [x] according to proof
       (2) [ ] at the rate of *(specify)*: percent per year from *(date)*:
    c. [x] attorney's fees
       (1) [x] of: $ 5,000.00
       (2) [x] according to proof.
    d. [✓] other *(specify)*:
       All costs according to Proof for costs of retaining CA Licensed Private Investigator
11. [x] The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers)*:
    Includes page 1 of 17 as appened with Plaintiffs statement of Verificed Complaint and 6 associated causes of action

Date: 1-20-2022

Janita Castanon-Gamboa
(TYPE OR PRINT NAME)

[signature]
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**

**Print this form** **Save this form** **Clear this form**

MC-030

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Junita Castanon-Gamboa (Pro Per Litigant )
609 East Arrow Hwy. Ste 611
Azusa, CA 91702

TELEPHONE NO.: (626) 324-2684 FAX NO. (Optional):
E-MAIL ADDRESS (Optional): raul_castanon@yahoo.com
ATTORNEY FOR (Name): Plaintiff Junita Castanon-Gamboa

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill Street.
MAILING ADDRESS: SAME
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF/PETITIONER: Juntia Castanon-Gamboa et.al.
DEFENDANT/RESPONDENT: The ADT Secuity Coporation

CASE NUMBER:

**DECLARATION**

VERIFICATION of SUMMONS AND COMPLAINT

We have reviewed the following:

Plaintiffs and /Claimant Junita Castaston have reviewed the Summons and Complaint and all associate documents appended to and filed with this claim against Defendants:
The ADT Security Corporation ; America's Security and Does 1 – 20 Inclusive

I am the parties to this action. The matters and statements and all document filed in this Summons & Complaint together will all the causes for action are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters, I believe them to be true

We declare under the penalty of perjury of the laws of the State of California and the Federal Laws of the United States of American that the documents submitted in connection with this Summons & Complaint are true and correct based upon our knowledge and beliefs

Executed on Jaunurary 21st, 2022, at Azusa, California

Junita Castanon-Gamboa
Print or Type Name

Signature

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1-21-2022

Junita Castanon-Gamboa
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

☑ Attorney for ☑ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☐ Other (Specify):

PLD-C-001(1)

| SHORT TITLE: Junita Gamboa vs. The ADT Security Corporation et.al. | CASE NUMBER: |
|---|---|

1 (number) **CAUSE OF ACTION—Breach of Contract**

ATTACHMENT TO [✔] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

BC-1. Plaintiff *(name):* Juanita Castanon-Gamboa

alleges that on or about *(date):*

a [✔] written [ ] oral [ ] other *(specify):*

agreement was made between *(name parties to agreement):*
Junitas Flowers and Boatnics; The ADT Security Corporation; America's Security

[✔] A copy of the agreement is attached as Exhibit A, or

[ ] The essential terms of the agreement [ ] are stated in Attachment BC-1 [✔] are as follows *(specify):*
Defendant (s) to provide instalation of Burglar Allarm System and services to monitor for burglaries as to Plaintiff's property located at 609 East Arrow Hwy, Azusa CA 91702. 1st contract with ADT was in 12/13/2013. ADT termed out this contract and had America's Security provide a new contract on or about 1-21-2017

BC-2. On or about *(dates):* 1-12-2017
defendant breached the agreement by [ ] the acts specified in Attachment BC-2 [ ] the following acts *(specify):*
Failed to properly have installed a burglar system that could detect break ins to the business of Plaintiff. Defendant. Defendant, The ADT Security Corporation caused to be installed a burglar arm system from 12-26-2013 through 8-15-2021 that was not functional for the purpose that Plaintiff was lead to believe would protect her property. Further ADT used an non CA licensed contractor, America's Security, to inspect, install and make contract with Plaintiff business.

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
[ ] as stated in Attachment BC-4 [✔] as follows *(specify):*
1) Estimated $7000 for costs by Plaintiff for inadequate installed Burglar Alarm between periods of 12-26-13 through 8-15-21 (2) $500.00 in fines paid by Plaintiff to city of Azusa CA for responses to false burglar alarm responses to defective installation of replacement and modified alarm by, Defendant ADT, system on or about 8-14-2021 (3) $1060 in losses and premises damage from break-in (4) $ 16K Punitive & Exemplary damages

BC-5. [ ] Plaintiff is entitled to attorney fees by an agreement or a statute
[✔] of $5000.00
[✔] according to proof.

BC-6. [ ] Other:

Page 2

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev. January 1, 2007]

**CAUSE OF ACTION—Breach of Contract**

Code of Civil Procedure, § 425.12
*www.courtinfo.ca.gov*

Exhibit A - 020

MC-025

| SHORT TITLE: Junita Gamboa vs. The ADT Security Corporation et.al. | CASE NUMBER: |
|---|---|

**ATTACHMENT** *(Number):* 1 as Exhibit A

*(This Attachment may be used with any Judicial Council form.)*

Attachment to PLD-C001(1) Breach of Contract.

1. At page 1 ADT contract page 1 from 12-26-2013

2 Pages 2-8 of Amereica's Security Contract date 2-24-2017

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 10

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT to Judicial Council Form**

www.courtinfo.ca.gov

Exhibit A - 021



# False Alarm Dispatch Elimination
# Burglar Alarm Customer Acceptance Form

5500UE00

[illegible]

| | | | |
|---|---|---|---|
| Date 12/26/13 | Customer Acct # | Control Panel Location | |
| Customer Name | | Transformer Location | |
| Address 613 | | System's Telephone # | |
| City State ZIP | | Entry Time | Exit Time |
| Alarm Permit Required [ ] Yes [ ] No | | Installation Confirmation # | |

- [illegible] the alarm system's control panel, battery and power source [illegible]
- [illegible] the alarm system is connected to and I understand [illegible] on the alarm system
- [illegible] on designated entry/exit doors and acknowledge [illegible] time to get in and out of my premises
- My ADT Representative [illegible] instructed me in selecting and [illegible] Keypad code
- [illegible]
  - Turn the system on/off in Stay Mode and Away Mode
  - Turn the chime feature on/off
  - [illegible] system
  - Bypass a zone by turning off a specific zone while leaving other zones on
  - Turn the volume up/down on the keypad (if applicable)
  - Test the system and communication [illegible]
- My ADT Representative [illegible] the familiarization "no dispatch" period [illegible]
- [illegible] Personal Identification Code (PIC)
- I understand it is critical to ensure all users of the alarm system (such as [illegible], cleaning people, repair people, etc.) are properly trained and know their Keypad Code and Security Password/PIC
- I understand that persons remaining inside the premises after the alarm has been set, as well as some objects (e.g., plants, curtains, balloons) and indoor pets or guard dogs can cause false alarms
- I understand that certain building defects such as loose fitting doors or windows, rodents, inadequate power and roof leaks can cause false alarms
- I understand it is important to advise ADT before performing any interior or exterior remodeling (e.g., moving walls, doors or windows)
- My ADT Representative has reviewed the Quick Reference Guide and Quick Reference Sticker with me
- My ADT Representative has provided me with information about any local ordinances that may govern the operation of the alarm system (including applicable permits, fees, etc.)
- I know I can contact ADT at 1 800 ADT ASAP (1 800 238 2727) to request repair service or to ask questions about the alarm system
- I understand the importance of keeping my Emergency Contact Information updated and I can do so by calling 1 800 ADT ASAP or by making changes at www.MyADT.com
- I understand the importance of immediately advising ADT of phone number changes (including area code changes) or changes in phone service such as Cable, DSL, ADSL, VoIP, etc.
- I understand that the alarm system may have features intended to help prevent false alarms that may delay or prevent the transmission of alarm signals to ADT, such as entry/exit delays, automatic abort of alarm signals if my Keypad Code is entered after the alarm is activated, failure to send additional signals from the same alarm zone after an alarm zone has been tripped until after the alarm system has been manually reset, delays between the time the alarm system sounds and the time that an alarm signal is sent to ADT, etc.
- I understand that ADT utilizes Enhanced Call Verification (ECV) procedures when responding to alarm events. ECV is a proven method of reducing false alarms. If ADT is unable to reach someone at my premises who can verify if a received alarm signal is false, ADT may place an additional verification call to the next person on my call list. I may select as many individuals on my call list as I like for ECV. ADT may attempt to call all persons designated as ECV before notifying the police.
- If I trigger a false alarm I can contact ADT at 1 800 ADT ASAP and follow the prompts to help prevent a false alarm dispatch to the police
- I know it is my responsibility to test the alarm system as indicated on my contract/agreement, and that I can call 1 800 ADT ASAP to test and ensure it is working and communicating properly with ADT
- I have received instructions on how to access and use the www.MyADT.com website
- I have received a User's Manual for the alarm system

The system has been installed and/or work completed to my satisfaction ☐ Yes ☐ No If no, please explain below:

Customer Comments:

My ADT Representative has reviewed this form with me and I am familiar with the steps I can take to reduce false alarms.

Customer's Name: [illegible] Signature: [illegible]

ADT Representative Name: [illegible]

*This form is subject to the terms and conditions of the Customer's contract/agreement with ADT.*

2012 ADT LLC dba ADT Security Services. All rights reserved. (08/12)

Copy (Customer)

DocuSign Envelope ID: 073ED836-8AB2-4ED9-9A24-B42148998805F

ADT AUTHORIZED DEALER

PRINT CLEARLY IN CAPITAL LETTERS (USE BLACK INK ONLY)

123 ABC

The ADT Authorized Dealer Program is an ADT LLC dba ADT Security Services ("ADT") approved Program of Independent ADT Authorized Dealers. Please refer any questions concerning the Program or the Dealer to ADT at 800.539.9690.

5207UE05

## ALARM SERVICES CONTRACT ("CONTRACT") (CA ONLY)

Dealer Number

Monitoring Account Number U387783173 Dealer's License No ONFILE [X] Commercial [ ] Residential [ ] Contract Monitor

### Section 1. Customer Information

**ADT Authorized Dealer Name & Address**

America's Security
750 Royal Oaks Drive #106
Monrovia CA 91016

THIS CONTRACT is made and entered into this date, 2/24/2017, by and between

Time Zone [ ] E [ ] C [ ] M [X] P

Customer Name: Nancy Castanon

Business Name: Juanitas Flowers and Botanics

Address: 609 e arrow hwy

City: Azusa State: CA Zip: 91702

Monitored Location Telephone 1: 9092675663 Telephone 2

Email Address: nancylos4@hotmail.com

As used in this Contract, all references to "Authorized Dealer" shall include Authorized Dealer and its employees, agents, representatives, independent contractors, attorneys, officers, directors and shareholders, whether or not referenced in a particular Section of this Contract. The words "I" "Me" "My" and "Customer" as used in this Contract shall have the same meaning.

(the "Monitored Location"), and Authorized Dealer, with corporate offices located at the Address set forth above. Authorized Dealer agrees to sell and install the equipment described in Section 2. Equipment to be Installed (the "Equipment") at the Monitored Location and to provide services as described in Section 3. Services to be Provided (collectively, the "Services"). I agree to pay Authorized Dealer, or if ADT accepts this Contract, ADT for Services to be provided in the amounts summarized in Section 2. Equipment to be Installed, and Section 3. Services to be Provided, upon and subject to the terms and conditions of this Contract.

AUTHORIZED DEALER IS NOT AN AGENT OF ADT. Authorized Dealer is an independent dealer and is not controlled by ADT. I agree that no agency, employer/employee or fiduciary relationship exists between ADT and Authorized Dealer. After I sign this Contract, it will be submitted to ADT for consideration and acceptance. I expressly authorize submission of this Contract to ADT for consideration and acceptance by ADT. If ADT accepts this Contract, ADT will become the supplier of the Services to Me in place of Authorized Dealer and this Contract will be between ADT and Me as of the commencement date of the Services. No contractual relationship exists between ADT and Me unless and until ADT accepts this Contract to become the provider of the Services. I understand that ADT reserves the right to reject this Contract, in which case ADT shall have no responsibility to Me. If this Contract is not accepted by ADT, Authorized Dealer or ADT may notify Me of that decision. All references in this Contract to "Dealer" shall be references to (i) Authorized Dealer, if ADT does not accept this Contract and (ii) ADT, if ADT accepts this Contract to become the provider of the Services.

**FINANCIAL DISCLOSURE STATEMENT**

**THERE IS NO FINANCE CHARGE OR COST OF CREDIT (0% APR) ASSOCIATED WITH THIS CONTRACT.**

**A. NUMBER OF PAYMENTS FOR THE INITIAL TERM IS 24 MONTHS. B. AMOUNT OF EACH PAYMENT IS $45.99** NC **(TOTAL MONTHLY SERVICE CHARGE ON PAGE 3). C. TOTAL OF PAYMENTS FOR THE INITIAL TERM IS $1103.76** NC **(A. TIMES B.) (EXCLUSIVE OF ANY UPFRONT CHARGES AND APPLICABLE TAXES, FEES, FINES AND RATE INCREASES.)**

**LATE CHARGE - PAYMENT IS DUE PURSUANT TO MY SELECTED BILLING FREQUENCY PRIOR TO THE START OF SERVICE. MY FIRST BILL/CHARGE WILL BE SENT/MADE SHORTLY AFTER MY SERVICE BEGINS. DEALER MAY IMPOSE A ONE-TIME LATE CHARGE ON EACH PAYMENT THAT IS MORE THAN TEN (10) DAYS PAST DUE, UP TO THE MAXIMUM AMOUNT PERMITTED BY LAW, BUT IN NO EVENT WILL THIS AMOUNT EXCEED $5.00.**

**PREPAYMENT - IF I PREPAY THE TOTAL OF PAYMENTS PRIOR TO THE END OF THE INITIAL TERM OF THIS CONTRACT, THERE IS NO PENALTY OR REFUND.**

**SEE PARAGRAPHS 2, 3, 15 AND 19 OF THIS CONTRACT FOR ADDITIONAL INFORMATION ABOUT NONPAYMENT, DEFAULT, ACCELERATION AND RATE INCREASES.**

I acknowledge and agree to each of the following: (A) This Contract consists of eight (8) pages. Before signing this Contract, I have read, understand and agree to each and every term of this Contract, including but not limited to Paragraphs 5 (LIMITATION OF LIABILITY), 7 (ARBITRATION) and 18 (ALARM SYSTEM COMMUNICATION) of the Important Terms and Conditions. (B) The initial term of this Contract is 24 months (See Paragraph 2 - Early Termination of this Contract). (C) Dealer and ADT are not security consultants and cannot address all of My potential security needs. Dealer has explained to Me the full range of equipment and services that ADT can provide Me. Additional equipment and services in addition to those identified in this Contract are available and may be purchased at an additional cost to Me. I have selected and purchased only the equipment and services identified in this Contract. (D) No alarm system can provide complete protection or guarantee prevention of loss or injury. Fires, floods, burglaries, robberies, Medical problems and other incidents are unpredictable and cannot always be detected or prevented by an alarm system. Human error is always possible and the response time of police, fire and Medical emergency personnel is outside the control of Dealer and ADT. Dealer may not receive alarm signals if communications or power is interrupted for any reason. Dealer recommends that I manually test the alarm system monthly and any time I change telephone service, by calling 1.800.ADT.ASAP or by logging on to www.myADT.com. (E) The Equipment will become My property upon payment of the Purchase Amount Total, including sales tax, in full as set forth in Section 2 – Equipment to be Installed.

Accepted By: X (DocuSigned by:) Brandon Bartron Rep. No.:
Sales Representative Signature 2/24/2017

Accepted By: X (DocuSigned by:) America's Security Back Office 2/24/2017
Authorized Representative of Dealer

Accepted and Copy Received by:

Customer Name: Nancy Castanon

X (DocuSigned by:) [signature] 2/24/2017
Customer Signature

**CANCELLATION RIGHT (RESIDENTIAL CUSTOMER ONLY)**

**I, THE CUSTOMER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE THE ATTACHED NOTICE OF CANCELLATION FORM FOR AN EXPLANATION OF THIS RIGHT. I ACKNOWLEDGE BEING VERBALLY INFORMED OF MY RIGHT TO CANCEL AT THE TIME OF EXECUTION OF THIS CONTRACT AND RECEIPT OF THIS NOTICE. INITIAL HERE X** NC

©2016 ADT LLC dba ADT Security Services. All rights reserved (11/16)

DocuSign Envelope ID: 073ED836-8AB2-4ED9-9A24-B421489B805F

ADT AUTHORIZED DEALER

**ALARM SERVICES CONTRACT ("CONTRACT") (CA ONLY)**

5207UE05

Monitoring Account Number u387783173

**IF FAMILIARIZATION PERIOD IS REJECTED INITIAL HERE** X NC
(See Paragraph 14 of the Important Terms and Conditions for explanation of the Familiarization Period.)

## Section 2. Equipment to be Installed

PREWIRE ☐ Yes ☐ No ☒ Wireless ☐ Apartment ACCOUNT TYPE ☒ Install ☐ Takeover ☐ System Move

| PRODUCT CODE | QUANTITY | DESCRIPTION | OFFICE USE ONLY: Issue | Install | Return | Add | Cost |
|---|---|---|---|---|---|---|---|
| | 1 | Installation Fee | | | | | 99.00 |
| | 1 | DSC 9057 GSM | | | | | 0.00 |
| | 3 | DSC DOOR/WINDOW VANISHING CONTACT | | | | | 0.00 |
| | 1 | DSC KEYCHAIN REMOTE | | | | | 0.00 |
| | 1 | DSC WIRELESS 40LB PET MOTION | | | | | 0.00 |

☐ See additional Equipment listed in attached Schedule of Equipment

Confirmation Code 00ED978S Cross Street ______

Equipment Type Standard Map Page ______

Additional notices to Customer: (a) Dealer provided Me with a complete copy of this Contract at the time I signed this Contract; (b) I must exercise My cancellation right on or before the date that is three business days after the date this Contract was entered into, as identified in Section 1. Customer Information; (c) I signed this Contract on the date identified as the date this Contract was entered into in Section 1. Customer Information; (d) Dealer may not enter the Monitored Location unlawfully or commit any breach of the peace to repossess Equipment purchased under this Contract; and (e) I should not sign this Contract if any of the spaces intended for the agreed upon terms are blank.

| | |
|---|---|
| Subtotal | $ 99.00 |
| Rate ___% Tax | $ 0.00 |
| Purchase Amount Total | $ 99.00 |
| Less Deposit | $ 99 |
| **Balance Due** | $ 0.00 |

**Estimated Work Commencement Date:** 2/24/2017

**Estimated Substantial Completion Date:** 2/24/2017

©2016 ADT LLC dba ADT Security Services. All rights reserved. (11/16)

Exhibit A - 024

DocuSign Envelope ID: 073ED836-8AB2-4ED9-9A24-B4214898805F

ADT AUTHORIZED DEALER

**ALARM SERVICES CONTRACT ("CONTRACT") (CA ONLY)**

5207UE05

Monitoring Account Number U387783173

## Section 3. Services to be Provided

Affinity Name

| Service | Monthly Rate |
|---|---|
| ☐ **Basic Monthly Service, Burglary** Service includes: Customer Monitoring Center Signal Receiving and Notification Service for Burglary, Manual Fire and Manual Police Emergency. | $ . |
| ☐ **Basic Monthly Service, Burglary with Extended Limited Warranty (Residential Customer Only)** Service includes: Customer Monitoring Center Signal Receiving and Notification Service for Burglary, Manual Fire and Manual Police Emergency along with Extended Limited Warranty during which I will be billed the then-applicable charge for each trip made to the Monitored Location after the Limited Warranty period. | $ . |
| ☐ ADT Pulse® Interactive Services – Home Control | $ . |
| ☐ ADT Pulse® Interactive Services – Video | $ . |

| **Optional Electronic Monitoring Services (Additional Equipment may be required)** | Monthly Rate |
|---|---|
| ☐ Remote Access/Keyfob | $ . |
| ☐ Fire Alarm/Smoke Detection | $ . |
| ☐ Two Way Voice | $ . |
| ☐ Carbon Monoxide | $ . |

| **Optional Electronic Monitoring Services (Cont.)** | Monthly Rate |
|---|---|
| ☐ Cellular Backup | $ . |
| ☐ Investigator Response | $ . |
| ☐ MPF (Monthly Processing Fee) | $ . |
| ☐ Monthly Recurring Municipal Alarm Permit Fee | $ . |
| ☐ Annual Recurring Municipal Alarm Permit Fee | $ . |
| ☐ One Time Alarm System Registration Fee | $ . |
| Customer to obtain and pay for alarm permit if permit fee not paid to ADT and indicated above. Failure to obtain and provide ADT with required alarm permit registration could result in no fire/police response to an alarm from the premises and/or a fine. | [redacted] |
| ☒ Other Comm - Bundle 4 | $ 45.99 |
| ☐ Other | $ . |
| ☐ Other | $ . |
| **Total Monthly Service Charge** (including Base Monthly Service Fee, all additional fees and charges, including Optional Electronic Monitoring Service fees): | $ 45.99 |
| **Municipal Electrical/Installation Permit Fee** ☐ I will obtain such municipal permits as may be required. | $ . |
| Other | $ . |

***AUTHORIZATION TO CONTACT:*** *If I have provided or do provide Dealer or ADT with a phone number, including but not limited to a cell phone number, a number that I later convert to a cell phone number, or any number that I subsequently provide for billing and other non-solicitation purposes, I agree that Dealer and ADT may contact Me at this/these number(s). I also agree to receive calls and messages such as pre-recorded messages, calls and text messages from automated dialing systems at the number(s) provided. I confirm that I am the registered owner of all telephone number(s) that I have or will provide to Dealer and ADT to contact Me. If I have provided or do provide Dealer or ADT with an email address, I agree that Dealer and ADT may send Me emails regarding My Services or new products and services offered by Dealer, ADT or third parties. I may unsubscribe or opt out by emailing DNComplaint@adt.com or by calling 877.377.7343.*

## Section 4. Emergency Information

Permit Number

| | | | |
|---|---|---|---|
| Police Dept. Name & Location | PD LA CO | Phone # | 3232672546 |
| Fire Dept. Name & Location | FD LA CO | Phone # | 3232622111 |
| Medical/ Ambulance | MD LA CO | Phone # | 3232622111 |
| Investigator Response | | Phone # | |

## Section 5. Emergency Contact List

Below I have listed, in order of preference, those individuals who may be called in response to an alarm signal. I understand those listed may need to meet the authorities in response to an alarm signal, so I shall provide them with access to the Monitored Location, the password established for the account and a code to turn the Equipment on and off. I have checked the "Yes" box next to Emergency Call Verification (ECV) to indicate which individuals may be called prior to notification of authorities and I have selected at least one individual. These individuals are authorized by Me to CANCEL the alarm.

| | Name | ECV | Phone | Type |
|---|---|---|---|---|
| 1. | manuel gamboa | ECV ■ Y ☒ N | 6263243215 | ☒ H ☐ W ☐ C |
| 2. | | ECV ☐ Y ☐ N | | ☐ H ☐ W ☐ C |
| 3. | | ECV ☐ Y ☐ N | | ☐ H ☐ W ☐ C |

©2016 ADT LLC dba ADT Security Services. All rights reserved. (1/16)

Exhibit A - 025

DocuSign Envelope ID: 073ED836-8AB2-4ED9-9A24-B421489B805F

ADT AUTHORIZED DEALER

# ALARM SERVICES CONTRACT ("CONTRACT") (CA ONLY)

5207UE05

Monitoring Account Number U387783173

## Section 6: Password

*******

I will issue a Password to all users of the Equipment including all people listed in the Emergency Contact List section. My Password is no less than three (3) and no more than five (5) characters in length and does not contain any punctuation, spaces, offensive language or non-standard spelling.

## Section 7. Billing

By my signature on Page 1 of this Contract, I authorize Dealer and the financial institution or referenced credit card company named below:

☐ To withdraw all (i) Service Charges, (ii) Contract Termination Charges (see Paragraph 2. Early Termination of this Contract) and (iii) the Purchase Amount Total from my bank account:

☐ Purchase Amount Total
☐ Total Monthly Service Charges
☐ Annually ☐ Semi-Annually ☐ Quarterly ☐ Monthly
Choose one: ☐ Checking ☐ Savings

Name of Bank/Credit Union

ABA Routing Number Bank Account Number

Name as it appears on bank account

☒ To charge my credit/debit card for all (i) Service Charges and (ii) Contract Termination Charges (see Paragraph 2. Early Termination of this Contract):

☐ Purchase Amount Total
☒ Total Monthly Service Charges
☐ Annually ☐ Semi-Annually ☐ Quarterly ☒ Monthly
☒ VISA ☐ MasterCard ☐ Discover ☐ AMEX

Credit/Debit Card Number ************2657

Expiration Date 0918 / (MM YY)

Cardholder's Name Nancy Castanon

Authorization Code

Billing Address

City State Zip

Social Security # 5054 - -

Beacon Score ***

Preferred Payment Withdrawal Date (1st-30th)

I authorize Dealer to withdraw the amounts in this section from my bank account or credit card through an Automated Clearing House ("ACH"). These payments are for the equipment and services described in this Contract. This authorization will remain in effect until the termination date of this Contract or until I cancel it in writing, whichever occurs first. I also agree to notify Dealer in writing of any changes in my account information at least 15 days prior to the next billing date. If a payment date falls on a weekend or holiday, payment may be executed on the next business day. Because this is an electronic transaction, these funds may be withdrawn from my account each month as early as the transaction date. If the date or amount of the withdrawal changes, or if Contract Termination Charges (see Paragraph 2. Early Termination of this Contract) apply, Dealer will notify me at least 10 days prior to the payment being collected. If an ACH transaction is rejected for non-sufficient funds (NFS), Dealer may attempt to process the charge again within 30 days, and an NFS charge may apply. The origination of ACH transactions to my account must comply with the provisions of U.S. law. I am an authorized user of this credit card or bank account, and I will not dispute the payment with my credit card company or bank so long as the amount corresponds to the terms indicated in this Contract. I agree that, if ADT accepts this Contract, all references to "Dealer" in this Section 7 shall be deemed changed to "ADT".

☐ To send me an invoice: ☐ Annually ☐ Semi-Annually ☐ Quarterly ☐ Other ______ DOA Approval ______ If no box is checked, Dealer will send bill quarterly.

The charge to my account for my first billing will be larger than it will be for any future billing because of the partial first month of service. For the first billing, my account will be charged for a complete billing period, whether that is for one month, one quarter, six months or one year, depending on the billing frequency I select. In addition, my account will be charged for the portion of the first month for which I received monitoring service. For example, if my Equipment was installed on September 16th, and I selected monthly billing, and my monthly service rate is $30.00, then my first statement would look similar to this:

| | |
|---|---|
| Partial month security service from 9/16/00 to 9/30/00 | $15.00 |
| Security service from 10/1/00 to 10/31/00 | $30.00 |
| Sales taxes (if applicable) | $2.10 |
| Automatic Payment - Thank You | $47.10 |

**THE INITIAL CHARGE WILL BE MADE THE DAY AFTER MY MONITORING SERVICE IS INITIATED.** All future charges for bank account withdrawals will be made as close as possible to my preferred payment date.

The charge to my account in this billing example would be my balance of $47.10. All future charges to my account using this monthly billing example would be $30.00 plus sales taxes (if applicable). A reminder: my account charge applies only to my Total Monthly Service Charges. Once the automatic charge begins on my account, I will no longer be sent statements unless I have had a service call for Equipment in my home. I will be responsible for remitting by check, any charges not honored by my bank or credit card company, plus a service fee. My account will continue to be charged, but if a second deduction is not honored or is declined, then this payment plan will be discontinued without notice and I shall cause Dealer to be timely paid by other means. If I change banks, or if the applicable account numbers or credit/debit card numbers change, it is my responsibility to promptly provide immediate notice by contacting Customer Service Department at 800.722.6779 and to ensure all amounts owed are timely paid.

**IMPORTANT NOTICE:** In the event I do not originally participate in the Automatic Payment Plan, or during the contract term elect to cancel my participation in the Automatic Payment Plan, my Total Monthly Service Charge will be increased by $1.00 per month.

©2016 ADT LLC dba ADT Security Services. All rights reserved. (1/16)

DocuSign Envelope ID: 073ED836-8AB2-4ED9-9A24-B421489B805F

## IMPORTANT TERMS AND CONDITIONS

TABLE OF CONTENTS

1. Payments; Term; Consumer Report
2. Early Termination of This Contract
3. Increases in Charges
4. Alarm Permits; Additional Charges and Offset Rights
5. Limitation of Liability
6. Other Party's Limitation
7. Arbitration
8. Installation
9. Limited Warranty
10. Extended Limited Warranty/Quality Service Plan (QSP)
11. Warranty Exclusions
12. No Other Warranties
13. Alarm Monitoring and Notification Service
14. Familiarization Period
15. Failure to Pay Charges or Honor Contract
16. Smoke and Carbon Monoxide Detectors
17. Battery-Powered and Wireless Devices
18. Alarm System Communication
19. Cancellation
20. Assignment
21. Delays
22. Personal Information
23. Inspection Service
24. Investigator Response Service
25. Privacy Policy
26. Entire Agreement Contract
27. License Information

1. PAYMENTS; TERM; CONSUMER REPORT. All charges are payable in advance. The initial term of this Contract is 24 -months. Dealer's alarm monitoring and notification services will begin when the equipment is installed, operational and communicating with Dealer's Customer Monitoring Center. This Contract will automatically renew for successive thirty (30)-day terms unless terminated by either party at least thirty (30) days before the end of the current term. If terminated, this Contract ends on the last day of the then-current term. I may terminate My service by calling Dealer at the number set forth on Page One of this Contract. I authorize ADT to obtain a non-investigative consumer report, commonly referred to as a credit check or credit report, about Me from a consumer reporting agency at any time during the term.

2. EARLY TERMINATION OF THIS CONTRACT. I AGREE THAT THE CHARGES DUE UNDER THIS CONTRACT ARE BASED ON MY AGREEMENT TO RECEIVE AND PAY FOR THE SERVICES FOR 24 -MONTHS. IF I CANCEL OR OTHERWISE TERMINATE THIS CONTRACT DURING ITS INITIAL 24 MONTH TERM, OR IF DEALER CANCELS THIS CONTRACT DURING ITS INITIAL TERM FOR A REASON SET FORTH IN PARAGRAPH 19(B) BELOW, I WILL PAY 75% OF THE REMAINING TOTAL MONTHLY SERVICE CHARGES. IF THIS IS A RESIDENTIAL CONTRACT, NO CONTRACT TERMINATION CHARGES ARE DUE IF I TERMINATE DURING THE THIRTY (30)-DAY RENEWAL PERIOD(S). IF THIS IS A COMMERCIAL CONTRACT, AND I TERMINATE THIS CONTRACT DURING ITS INITIAL 24 -MONTH TERM OR DURING A RENEWAL TERM, OR IF DEALER CANCELS THIS CONTRACT DURING ITS INITIAL TERM FOR A REASON SET FORTH IN PARAGRAPH 19(B) BELOW, I WILL PAY AN AMOUNT EQUAL TO 75% OF THE CHARGES TO BE PAID BY ME DURING THE REMAINING INITIAL TERM OR REMAINING RENEWAL TERM OF THIS CONTRACT. THIS AMOUNT IS A CONTRACT TERMINATION CHARGE AND IS NOT A PENALTY. THE AMOUNT IS PAYABLE IMMEDIATELY IN FULL.

3. INCREASES IN CHARGES. I agree that Dealer has the right to increase the annual service charge at any time after the first year. If I object in writing to the increase within thirty (30) days of receiving notice of the increase, and if Dealer does not waive the increase, then I may terminate this Contract effective thirty (30) days after Dealer's receipt of My written notice of termination. In this situation, I will not have to pay the contract termination charges described in Paragraph 2 above.

4. ALARM PERMITS; ADDITIONAL CHARGES AND OFFSET RIGHTS. Certain government agencies require me to pay for and maintain alarm use permits to receive Dealer or ADT services. I agree to pay all installation and alarm use permit fees; all directly or indirectly imposed false alarm fines, fees or charges; all telephone or signal transmission company charges; and all other assessments, fees and charges related to the alarm system. I agree to pay a service charge if a Dealer representative responds to a service call or alarm at My premises because I improperly followed operating instructions; failed to properly lock or close a window, door or other protected point; or improperly adjusted CCTV cameras, monitors or accessories. If Dealer owes Me money when this Contract ends, I agree that Dealer has the right to deduct from any refund owed Me: (A) service charges for thirty (30) days, if I fail to give the required written termination notice set forth in Paragraph 1 above; (B) any contract termination charges that I may owe as set forth in Paragraph 2 above and (C) any other additional charges, amounts or deposits that I owe to Dealer. If the amount of the deduction equals or exceeds the amount that Dealer owes to Me or if Dealer owes Me a credit of five dollars ($5.00) or less, I agree that Dealer will not be obligated to refund any amounts to Me.

5. LIMITATION OF LIABILITY.

A. INSURANCE; WAIVER OF SUBROGATION. I AGREE THAT DEALER IS NOT AN INSURER AND THAT DEALER IS NOT PROVIDING ME WITH INSURANCE OF ANY TYPE. THE AMOUNTS I PAY DEALER ARE NOT INSURANCE PREMIUMS AND ARE NOT RELATED TO THE VALUE OF MY PROPERTY, ANYONE ELSE'S PROPERTY LOCATED IN MY PREMISES, OR ANY RISK OF LOSS AT MY PREMISES. INSTEAD, THE AMOUNTS DEALER CHARGES ME ARE BASED SOLELY UPON THE VALUE OF THE EQUIPMENT AND SERVICES DEALER PROVIDES AND UPON THE LIMITED LIABILITY DEALER ASSUMES UNDER THIS CONTRACT. IF I WANT INSURANCE TO PROTECT AGAINST ANY RISK OF LOSS AT MY PREMISES, I WILL PURCHASE IT. IN THE EVENT OF ANY LOSS, DAMAGE OR INJURY, I WILL LOOK EXCLUSIVELY TO MY INSURER AND NOT TO DEALER TO COMPENSATE ME OR ANYONE ELSE. I RELEASE AND WAIVE FOR MYSELF AND MY INSURER ALL SUBROGATION AND OTHER RIGHTS TO RECOVER AGAINST DEALER ARISING AS A RESULT OF THE PAYMENT OF ANY CLAIM FOR LOSS, DAMAGE OR INJURY.

B. NO GUARANTEE; NO LIABILITY. DEALER'S EQUIPMENT AND SERVICES DO NOT CAUSE AND CANNOT ELIMINATE OCCURRENCES OF THE EVENTS THEY ARE INTENDED TO DETECT OR AVERT, INCLUDING BUT NOT LIMITED TO, FIRES, FLOODS, BURGLARIES, ROBBERIES AND MEDICAL PROBLEMS. OTHER THAN THE LIMITED WARRANTY AND/OR QUALITY SERVICE PLAN SET FORTH IN PARAGRAPHS 9 AND 10 BELOW, DEALER MAKES NO GUARANTY OR WARRANTY, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, THAT THE EQUIPMENT AND SERVICES PROVIDED WILL DETECT OR AVERT SUCH INCIDENTS OR THEIR CONSEQUENCES. DEALER DOES NOT UNDERTAKE ANY RISK THAT I OR MY PROPERTY, OR THE PERSON OR PROPERTY OF OTHERS, MAY BE SUBJECT TO INJURY OR LOSS IF SUCH AN EVENT OCCURS. THE ALLOCATION OF SUCH RISK REMAINS WITH ME, AND NOT WITH DEALER. I RELEASE, WAIVE, DISCHARGE AND PROMISE NOT TO SUE OR BRING ANY CLAIM OF ANY TYPE AGAINST DEALER FOR LOSS, DAMAGE OR INJURY RELATING TO THE EQUIPMENT OR SERVICES PROVIDED BY DEALER.

C. EXCLUSIVE REMEDY. IT IS IMPRACTICAL AND EXTREMELY DIFFICULT TO DETERMINE THE ACTUAL DAMAGES, IF ANY, THAT MAY RESULT FROM A FAILURE BY DEALER TO PERFORM ANY OF ITS OBLIGATIONS. UNDER NO CIRCUMSTANCES WILL I ATTEMPT TO HOLD DEALER LIABLE FOR ANY CONSEQUENTIAL OR INCIDENTAL DAMAGES, INCLUDING WITHOUT LIMITATION, DAMAGES FOR PERSONAL INJURY OR DAMAGES TO PROPERTY. IF, NOTWITHSTANDING THE PROVISIONS THIS PARAGRAPH 5, DEALER IS FOUND LIABLE FOR LOSS, DAMAGE OR INJURY UNDER ANY LEGAL THEORY RELATING IN ANY WAY TO THE SERVICES AND/OR EQUIPMENT PROVIDED BY DEALER, DEALER'S LIABILITY TO ME SHALL BE LIMITED TO A SUM EQUAL TO 10% OF THE ANNUAL SERVICE CHARGE OR $500, WHICHEVER IS GREATER. THIS AGREED-UPON AMOUNT IS NOT A PENALTY. RATHER, IT IS MY SOLE REMEDY. UPON MY REQUEST, DEALER MAY AGREE TO ASSUME LIABILITY BEYOND WHAT IS PROVIDED FOR IN THIS PARAGRAPH 5 BY ATTACHING A SIGNED AMENDMENT TO THIS CONTRACT SETTING FORTH THE EXTENT OF DEALER'S LIABILITY AND THE ADDITIONAL CHARGES TO ME.

D. APPLICATION. THE PROVISIONS IN THIS PARAGRAPH 5 APPLY NO MATTER HOW THE LOSS, DAMAGE, INJURY OR OTHER CONSEQUENCE OCCURS, EVEN IF DUE TO THE PERFORMANCE OR NONPERFORMANCE BY DEALER OF ITS OBLIGATIONS UNDER THIS CONTRACT OR FROM NEGLIGENCE (ACTIVE OR OTHERWISE), STRICT LIABILITY, VIOLATION OF ANY APPLICABLE CONSUMER PROTECTION LAW OR ANY OTHER THEORY OF LIABILITY OR ALLEGED FAULT ON THE PART OF DEALER, ITS AGENTS OR ITS EMPLOYEES.

E. INDEMNITY. IF ANY OTHER PERSON, INCLUDING MY SUBROGATING INSURER, MAKES ANY CLAIM OR FILES ANY LAWSUIT AGAINST DEALER IN ANY WAY RELATED TO (1) THE EQUIPMENT OR SERVICES PROVIDED BY DEALER TO ME OR (2) ANY INACCURACIES IN ANY PERSONAL INFORMATION, INCLUDING ANY CONTACT INFORMATION, PROVIDED BY ME TO DEALER IN ORDER FOR DEALER OR ITS REPRESENTATIVES TO COMMUNICATE WITH ME FOR ANY REASON, INCLUDING TELEPHONE CALLS, TEXT MESSAGES OR EMAILS REGARDING MY SERVICES OR NEW DEALER OR THIRD-PARTY PRODUCTS AND SERVICES, THEN I AGREE TO INDEMNIFY, DEFEND AND HOLD DEALER HARMLESS FROM ANY AND ALL SUCH CLAIMS AND LAWSUITS, INCLUDING THE PAYMENT OF ALL DAMAGES, EXPENSES, COSTS AND ATTORNEY FEES. MY DUTY TO DEFEND IS SEPARATE AND DISTINCT FROM MY DUTY TO INDEMNIFY AND HOLD HARMLESS AND ARISES UPON THE ASSERTION OF A CLAIM OR DEMAND AGAINST DEALER AND REGARDLESS WHETHER DEALER HAS BEEN FOUND LIABLE OR WHETHER DEALER HAS INCURRED ANY EXPENSE.

F. TIME TO BRING CLAIM OR SUIT. NO SUIT OR ACTION SHALL BE BROUGHT AGAINST DEALER AFTER THE SHORTER OF (1) ONE YEAR AFTER THE DATE OF LOSS OR (2) THE TIME ALLOWED BY LAW.

G. BENEFIT TO OTHERS. THE PROVISIONS OF THIS PARAGRAPH 5, AS WELL AS THE OTHER PROTECTIONS SET FORTH IN THIS CONTRACT THAT ARE FOR THE BENEFIT OF DEALER, SHALL APPLY TO AND BENEFIT (1) DEALER AND ITS AGENTS, EMPLOYEES, CONTRACTORS, SUBSIDIARIES, AFFILIATES, PARENTS (BOTH DIRECT AND INDIRECT) AND

Exhibit A - 027

Terms and Conditions continue on accompanying sheets.

DocuSign Envelope ID: 073ED838-8AB2-4ED9-9A24-B421489B805F

security screens, exterior mounted devices or entry (programmable keypad only the entry); (G) ordinary maintenance or wear and tear (not excluded from QSP); (H) Alterations to My premises or failure of My premises to comply with any applicable codes, regulations or laws; or (I) Alterations or damage to the alarm system caused by Me or by a cause beyond Dealer's control. The limited warranty provided under this Contract and, if purchased, the QSP do not apply to household systems or devices connected to My alarm system for automation, alert or similar purposes, including but not limited to, thermostats, heating/air conditioning systems, lighting systems, doors, locks, garage doors, fans, blinds, shutters or appliances. Dealer will not perform warranty services on any device not installed by Dealer. Battery replacement is excluded from all warranties.

12. NO OTHER WARRANTIES. OTHER THAN THE LIMITED WARRANTY PROVIDED UNDER THIS CONTRACT AND, IF PURCHASED, THE QSP, I AGREE THAT DEALER MAKES NO GUARANTEE OR WARRANTY OF ANY KIND, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, WITH RESPECT TO THE SERVICES DEALER PERFORMS OR THE EQUIPMENT IT PROVIDES. MY EXCLUSIVE WARRANTY REMEDY IS SET FORTH IN PARAGRAPHS 9 AND 10 ABOVE. SOME STATES MAY NOT ALLOW THE PARTIES TO A CONTRACT TO LIMIT THE LENGTH OF AN IMPLIED WARRANTY. THE LAWS OF THE STATE WHERE THIS CONTRACT WAS SIGNED WILL DETERMINE WHETHER THESE LIMITATIONS AND EXCLUSIONS APPLY.

13. ALARM MONITORING AND NOTIFICATION SERVICE. If I purchase a service that includes response by police, fire department, guard, medical emergency notification or two-way voice monitoring services and such an alarm is received at Dealer's alarm monitoring center, Dealer may, at its sole and absolute discretion, attempt to contact Me and/or anyone on My Emergency Contact List to confirm that the alarm is not false. If Dealer does not contact Me and/or someone on My Emergency Contact List, or if Dealer questions the response it receives upon such contact, then (A) Dealer will attempt to notify the appropriate police or fire department or (B) if guard response service is provided and an alarm requires police response, Dealer will attempt to dispatch a representative to make an investigation of the exterior of the premises from his or her vehicle and, upon evidence of a crime, Dealer will endeavor to notify the appropriate police department. If Dealer provides supervisory alarm or trouble alarm monitoring services (or if such services are actively programmed into My alarm system) and Dealer's alarm monitoring center receives an alarm, then Dealer may attempt to notify My premises and/or the representative I designate. Dealer may use an automated calling device to deliver such notification. If medical emergency notification services are provided, I agree, that the very nature of such services, regardless of any delay, involves uncertainty, risk and possible serious injury, disability or death, for which I will not attempt to hold Dealer responsible or liable; that the equipment furnished for medical emergency notification services is not foolproof and may experience signal transmission failures or delays for any number of reasons; and that the actual time required for medical emergency providers to arrive at My premises and/or to transport any person requiring medical attention is unpredictable with many contributing factors, including telephone network operation, distance, weather, road and traffic conditions, alarm equipment function and human factors both within and outside of Dealer's control. The person(s) identified on My Emergency Contact List are authorized to act on My behalf. Local laws, ordinances or policies may restrict Dealer's ability to provide the alarm monitoring and notification services described in this Contract and/or necessitate modified or additional services with additional charges to Me. Dealer employs a number of industry-recognized measures to help reduce occurrences of false alarms. These measures include, but are not limited to, implementation of default settings on alarm panels and various procedures at Dealer's alarm monitoring centers to determine when and how to respond, if at all, to certain alarm events. I consent to Dealer's use of these measures and agree that My alarm system has not been designed, programmed or installed pursuant to any law, code or rule that may be applicable to My particular premises, including, but not limited to, any code provisions of the National Fire Protection Association or the International Residential Code. Upon receiving notification that an alarm signal has been received by Dealer, the police department, fire department or other responding authority may forcibly enter My premises. Dealer will never arrest or detain any person for any reason. If My service includes cameras, I will comply with all federal, state and local laws governing the placement, presence, operation and use of such cameras and shall fully and conspicuously notify persons in or around the premises, whether by use of legible signs or other approved communications, that their activities may be recorded. I agree that the equipment installed by Dealer, including any outdoor camera, is not to be used to monitor activity in or near any swimming pool or other body of water and that I alone am responsible for supervising the well being of any person in or near any swimming pools or other bodies of water on the premises.

14. FAMILIARIZATION PERIOD. UNLESS I HAVE REJECTED THE FAMILIARIZATION PERIOD BY INITIALING THE APPROPRIATE LINE ON THE FIRST PAGE OF THIS CONTRACT (EXCEPT WHERE FAMILIARIZATION IS REQUIRED BY LAW), I AGREE THAT, DURING A SEVEN (7) DAY FAMILIARIZATION PERIOD, OR LONGER PERIOD IF REQUIRED BY APPLICABLE LAW, FOLLOWING COMPLETION OF THE INSTALLATION (AND DURING ANY APPLICABLE EXTENSIONS) DEALER HAS NO OBLIGATION TO, AND WILL NOT, RESPOND TO ANY ALARM SIGNAL FROM MY PREMISES. I ALSO AGREE THAT DURING SUCH PERIOD DEALER HAS NO OBLIGATION TO, AND WILL NOT, NOTIFY ANY AUTHORITIES, ME OR MY DESIGNATED REPRESENTATIVE, OR TAKE ANY OTHER ACTION WITH REGARD TO ANY ALARM SIGNAL DEALER RECEIVES, EVEN IF DUE TO AN ACTUAL EMERGENCY.

15. FAILURE TO PAY CHARGES OR HONOR CONTRACT. If I fail to make any payment when due or to honor any other term or condition of this Contract, Dealer may terminate this Contract and/or stop providing the alarm monitoring and notification services and repossess or disable the equipment without notice. I will grant Dealer access to My premises and allow it to reprogram or disable the Equipment. Dealer has no liability if Dealer stops providing the alarm monitoring and notification services and repossesses or disables the equipment. If Dealer terminates this Contract due to My failure to honor any term of this Contract and Dealer incurred costs before payment in full is received for all Installation Charges, Dealer may deduct its costs from any deposit I provided to Dealer, in addition to any other legal remedy available. Dealer is not required to redecorate or repair My premises as a result of repossessing or disabling the Equipment. In addition to these remedies, Dealer does not waive and expressly retains the right to exercise any other legal remedy, including the right to charge Me a late fee at the highest legal rate for each month that a payment is not received and/or interest on the unpaid amount, and the right to report Me to one or more consumer reporting agencies if I become delinquent on My account (more than 90 days without a payment).

16. SMOKE AND CARBON MONOXIDE DETECTORS. IF THE ALARM SYSTEM INCLUDES SMOKE AND/OR CARBON MONOXIDE DETECTORS, I AGREE THAT: (A) THE NUMBER AND PLACEMENT OF SUCH DETECTORS MAY NOT FULFILL THE REQUIREMENTS OR RECOMMENDATIONS IN CODES, LAWS OR STANDARDS THAT APPLY IN MY JURISDICTION, INCLUDING THE CODE PROVISIONS OF THE NATIONAL FIRE PROTECTION ASSOCIATION AND THE INTERNATIONAL RESIDENTIAL CODE, (B) I HAVE SOLE RESPONSIBILITY FOR COMPLYING WITH ANY AND ALL CODES, LAWS AND STANDARDS THAT MAY APPLY TO THE INSTALLATION, PLACEMENT AND MAINTENANCE OF THE ALARM SYSTEM, AND (C) ANY SMOKE AND/OR CARBON MONOXIDE DETECTORS DESCRIBED IN THIS CONTRACT ARE SUPPLEMENTAL DEVICES ONLY AND ARE NOT INTENDED TO BE PART OF A PRIMARY FIRE ALARM OR CARBON MONOXIDE DETECTION SYSTEM. I UNDERSTAND THAT DEALER'S ELECTRICAL SMOKE DETECTORS AND CARBON MONOXIDE DETECTORS, IF INSTALLED ON MY PREMISES, ARE DESIGNED TO BE CONNECTED TO AN ELECTRICAL POWER SOURCE. THESE DETECTORS WILL NOT OPERATE, THE ALARM WILL NOT SOUND, AND THE ALARM SIGNAL WILL NOT BE TRANSMITTED WHEN THE ELECTRICITY IS CUT OFF; THE BACKUP BATTERY, IF INCLUDED AS PART OF THE SYSTEM, IS LOW OR DEAD; OR FIRE OR SOME OTHER CAUSE CUTS OFF THE ELECTRICITY BEFORE THE ALARM IS ACTIVATED, SOUNDS AND TRANSMITTED. CONNECTING THESE DETECTORS TO A SEPARATE DEDICATED ELECTRICAL CIRCUIT MAY INCREASE THEIR RELIABILITY, BUT EVEN DEDICATED CIRCUITS CAN FAIL. I UNDERSTAND THAT THESE DETECTORS ALL HAVE LIMITED USEFUL LIVES, AFTER WHICH TIME THEY WILL NOT FUNCTION. IT IS MY SOLE RESPONSIBILITY TO MONITOR AND REPLACE ALL DETECTORS BEFORE OR AT THE END OF THEIR USEFUL LIVES.

17. BATTERY-POWERED AND WIRELESS DEVICES. I understand that all battery-powered motion detectors, smoke detectors, door and window contact transmitters and other detection sensors installed under this Contract are not connected to the electrical system of My premises and require batteries to operate. THESE BATTERY-POWERED DETECTION SENSORS WILL NOT OPERATE, AND THE ALARM WILL NOT SOUND, IF THE BATTERIES ARE LOW OR DEAD. It is My sole responsibility to maintain and replace these batteries. Dealer recommends that I regularly inspect the sensors for dirt and dust build-up and test the sensors weekly to help maintain continued operation. Dealer also recommends that I carefully read and follow the owner's manual, instructions and warnings for all equipment. I understand that wireless devices, including but not limited to wireless motion detectors, door and window contacts, smoke detectors and other wireless devices installed by ADT will not communicate with the alarm system and THE ALARM SYSTEM WILL NOT FUNCTION IF WIRELESS COMMUNICATION FOR THE DEVICES IS IMPAIRED. THESE WIRELESS DEVICES MAY OR MAY NOT USE ENCRYPTION AND/OR AUTHENTICATION TECHNOLOGY AND ARE VULNERABLE TO INTENTIONAL OR UNINTENTIONAL INTERRUPTION, INTERCEPTION, CORRUPTION AND TAMPERING. It is possible for persons with criminal intent to reduce the effectiveness of My alarm system, including intercepting or hacking the wireless signals of My ADT equipment.

18. ALARM SYSTEM COMMUNICATION. I authorize Dealer to request service from a telephone, wireless or other communication carrier under this Contract (referred to as "Telephone Company") to transmit signals between My alarm system and Dealer's alarm monitoring. The Telephone Company's liability is limited to the same extent as Dealer's liability in Paragraph 5 of this Contract. Dealer will not receive alarm signals when the communication mode is not operating or has been cut, interfered with or is otherwise damaged, or if the alarm system is unable to acquire, transmit or maintain an alarm signal over My communication mode for any reason. If Dealer determines in its sole discretion that My communication mode is or later becomes non-compatible, or if I change to another communication mode that is not compatible, then Dealer requires that I use an alternate mode of communication acceptable to Dealer as the method to connect the alarm system to Dealer's alarm monitoring. Transmission of fire alarm signals by means other than a traditional telephone line may not be in compliance with applicable fire

Terms and Conditions continue on accompanying sheet

alarm or other standards or codes, and it is solely my obligation to comply with such standards and codes. If the alarm system has a line-cut feature, it may not always be able to detect if My communication line is cut or interrupted. Dealer recommends that I test the alarm system monthly, even though a successful test of the alarm system does not guarantee that Dealer will receive alarm signals from the system in the future. If My service includes Dealer Pulse® interactive solutions and/or automation features, Dealer may directly or through third party service providers, transmit, record, store, provide and receive unencrypted data, images, and e-mails and text messages via the Internet in the course providing those interactive services. I will not be able to utilize those automation functions or receive e-mail or text alerts if My Internet connection is impaired, disrupted or unavailable for any reason. Dealer does not warrant or guarantee the integrity, accuracy, confidentiality or security of any such transmission or from any unauthorized or unexpected use, disclosure, corruption, interception or other improper act.

**19. CANCELLATION.** A. Dealer may, at any time, cancel this Contract at its option if: (1) Dealer's alarm monitoring center is destroyed or damaged so that it is impractical for Dealer to continue Service; (2) Dealer cannot acquire or retain the transmission connections or authorization to transmit signals between My premises and its alarm monitoring center, or the applicable fire or police department or other agency, or between Dealer's alarm monitoring center and the applicable fire or police department or other agency; (3) I fail to follow Dealer's recommendations to repair or replace any defective parts of the alarm system not covered under the Limited Warranty or QSP, if purchased; (4) I fail to follow the operating instructions for the alarm system or monitoring; or (5) Dealer determines in its absolute and sole discretion that it is impractical to continue Service due to the modification or alteration of My premises after installation. If Dealer cancels for any of the reasons stated immediately above, Dealer will refund any advance payments made for services to be supplied after the date of such termination, less any amounts still due for the installation of the equipment, for services already rendered, and any other charges due. Additionally, Dealer will not assess contract termination charges, if any, as described in Paragraph 2 above.

B. Dealer may cancel this Contract upon written notice to Me if: (1) I fail to pay any monies when due under this Contract, (2) I change to a telephone/ communications service not suitable for alarm signal transmission or (3) I fail to comply with any other term or condition of this Contract. Upon receipt of written notice from Dealer, I will have ten (10) days to correct the deficiency. If I do not correct the deficiency in a timely manner, and Dealer does cancel this Contract, Dealer may assess contract termination charges, if any, as described in Paragraph 2 above.

**20. ASSIGNMENT.** I may not assign this Contract without prior written consent from Dealer. Dealer does have the right to assign this Contract or to subcontract any of its obligations under this Contract without My approval and without notice to Me.

**21. DELAYS.** DEALER HAS NO RESPONSIBILITY OR LIABILITY TO ME OR ANY OTHER PERSON FOR DELAYS IN THE INSTALLATION OR REPAIR OF THE EQUIPMENT REGARDLESS OF THE REASON. DEALER HAS NO RESPONSIBILITY OR LIABILITY FOR INTERRUPTIONS OF SERVICE OR ANY RESULTING CONSEQUENCES, WHETHER DUE TO STRIKE, RIOT, FLOOD, FIRE, TERRORISM, ACT OF GOD OR ANY OTHER CAUSE WITHIN OR BEYOND DEALER'S CONTROL. IF THERE ARE SERVICE INTERRUPTIONS, DEALER HAS NO OBLIGATION TO SUPPLY ME WITH SUBSTITUTE SERVICES

**22. PERSONAL INFORMATION.** I consent to Dealer's use of My personal information and that of third parties provided to Me for the purpose of monitoring, setting up and administering My security services (including credit approval, invoicing, and collecting) and providing information on new services or equipment). I have obtained the consent of the third parties whose personal information I provided to Dealer to use such personal information for the administration of My account with Dealer. Dealer may collect (including this consent to record My telephone conversations with Dealer's representatives), use, disclose and transfer My personal information, and that of third parties provided by Me to Dealer, Dealer's parents, affiliates, subsidiaries and successor entities, any subcontractor or assignees of this Contract or any applicable authority having jurisdiction that requests such information to administer alarm monitoring services or alarm system license, permit or similar programs.

**23. INSPECTION SERVICE.** Where Inspection Service is provided under this Contract, Dealer will perform periodic inspections of the Equipment in the manner and frequency indicated on the front page of this Contract. I authorize Dealer to make any repairs necessitated by damaged or malfunctioning Equipment noted during such an inspection. I further agree to pay Dealer for Service and Equipment charges in connection with those repairs at the then-current rates charged by Dealer unless I purchased QSP under the terms listed in this Contract and such repairs are covered by QSP, in which case the service charges will be as set forth in Paragraph 10 above.

**24. INVESTIGATOR RESPONSE SERVICE.** Where Investigator Response Service is provided under this Contract, Dealer has entered into a separate agreement with an Investigator Response Service to provide investigator response at My option. Neither Dealer nor the Investigator Response Service will be liable for Dealer's or the Investigator Response Service's failure to perform hereunder due to acts of God, fire, strikes, work stoppages, differences with workmen, restrictions imposed by government agencies, war, terrorism, riot or any cause outside of Dealer's or the Investigator Response Service's control as the case may be. Investigator Response Service may be terminated or substituted at any time at Dealer's option

**25. PRIVACY POLICY.** Dealer will make its privacy policy available to Me. IF ADT ACCEPTS THIS CONTRACT, I UNDERSTAND THAT ADT MAINTAINS A POLICY AT WWW.ADT.COM/PRIVACY THAT IS APPLICABLE TO THE TERMS, CONDITIONS AND OBLIGATIONS OF THE PARTIES TO THIS CONTRACT.

**26. ENTIRE AGREEMENT CONTRACT.** This Contract constitutes the entire agreement between the parties. I am not relying on Dealer's advice or advertisements. Dealer is not bound by any representation, promise, condition, inducement or warranty, express or implied, that is not included in writing in this Contract. The terms and conditions of this Contract apply as written without alteration or qualification, unless a change is approved in writing by an Dealer authorized representative. The terms and conditions of this Contract shall control and govern even if there are other documents with inconsistent or additional terms and conditions. If a court determines that any provision of this Contract is invalid or unenforceable, that provision shall be deemed amended and enforced to the maximum extent permitted by law. Each and every other provision of this Contract shall continue to be valid and enforceable.

**27. LICENSE INFORMATION.** I understand the following regarding licensing. License Information, CA Alarm company operators are licensed and regulated by the Bureau of Security and Investigative Services, Department of Consumer Affairs, Sacramento, CA 95814. Work shall commence and be completed on the approximate dates specified in the contract and Schedule of Protection. In the event the approximate dates cannot be met, the alarm company will at first acknowledge, then notify the purchaser of the revised dates. Commencement of the work shall be defined as work performed on site, including but not limited to, installation of wire and devices and/or ordering of materials and telephone facilities. Failure by the alarm company, without legal excuse, to substantially commence work within 20 days from the approximate date specified in the contract when the work will begin is a violation of the Alarm Company Act. Upon completion of the installation of the alarm system, the alarm company shall thoroughly instruct the purchaser in the proper use of the alarm system. CONTRACTORS ARE REQUIRED BY LAW TO BE LICENSED AND REGULATED BY THE CONTRACTORS' STATE LICENSE BOARD WHICH HAS JURISDICTION TO INVESTIGATE COMPLAINTS AGAINST CONTRACTORS IF A COMPLAINT REGARDING A PATENT ACT OR OMISSION IS FILED WITHIN FOUR YEARS OF THE DATE OF THE ALLEGED VIOLATION. A COMPLAINT REGARDING A LATENT ACT OR OMISSION PERTAINING TO STRUCTURAL DEFECTS MUST BE FILED WITHIN 10 YEARS OF THE DATE OF THE ALLEGED VIOLATION. ANY QUESTIONS CONCERNING A CONTRACTOR MAY BE REFERRED TO THE REGISTRAR, CONTRACTORS' STATE LICENSE BOARD, P.O. 26000, SACRAMENTO, CA 95826. 1.800.321.2752

PLD-C-001(2)

| SHORT TITLE: Junita Gamboa vs. The ADT Security Corporation et.al. | CASE NUMBER: |
|---|---|

2 (number) **CAUSE OF ACTION—Common Counts**

ATTACHMENT TO [✔] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

CC-1. Plaintiff *(name):* Junita Castanon-Gamboa

alleges that defendant *(name):* The ADT Security Corpoaration and America's Security

became indebted to [✔] plaintiff [ ] other *(name):*

a. [ ] within the last four years
   (1) [ ] on an open book account for money due.
   (2) [ ] because an account was stated in writing by and between plaintiff and defendant in which it was agreed that defendant was indebted to plaintiff.

b. [ ] within the last [✔] two years [ ] four years
   (1) [✔] for money had and received by defendant for the use and benefit of plaintiff.
   (2) [ ] for work, labor, services and materials rendered at the special instance and request of defendant and for which defendant promised to pay plaintiff.
      [ ] the sum of $
      [ ] the reasonable value.
   (3) [ ] for goods, wares, and merchandise sold and delivered to defendant and for which defendant promised to pay plaintiff
      [ ] the sum of $
      [ ] the reasonable value.
   (4) [ ] for money lent by plaintiff to defendant at defendant's request.
   (5) [✔] for money paid, laid out, and expended to or for defendant at defendant's special instance and request.
   (6) [✔] other *(specify):*
   For Money paid by Plaintiff to Defendant The ADT Security Corporation on a monthly basis for services as alleged in Count 1 Breach of Contract

CC-2. $ $7000.00 , which is the reasonable value, is due and unpaid despite plaintiff's demand, plus prejudgment interest [ ] according to proof [✔] at the rate of 10% percent per year from *(date):* 12-26-2013

CC-3. [ ] Plaintiff is entitled to attorney fees by an agreement or a statute
   [✔] of $ 5000.00
   [✔] according to proof.

CC-4. [ ] Other:

PLD-PI-001(2)

| SHORT TITLE: Junita Gamboa vs. The ADT Security Corporation et.al. | CASE NUMBER: |
|---|---|

3 (number) **CAUSE OF ACTION—General Negligence** Page 14

ATTACHMENT TO [x] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: Junita Castanon Gamboa

alleges that defendant *(name)*: The ADT Securty Corporation and America's Security

[x] Does 1 to 20

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date)*: 1-21-2017

at *(place)*: Junitas Flowers and Botanics located at 609 East Arrow Hwy. Azusa CA 91702

*(description of reasons for liability)*:

The ADT Security Corporation caused there ADT authorized dealer, America's Security to enter into a new contract with Plaintiff business. America's Security, signed agreement. America's Security on their part performed alarm system inspection of burglar alarm sensor system already in place. The senor was from prior contract termed out by ADT and between Junitas Flowers and Botanics and the ADT Security Corporation. Date of contract 12-26-2017 and known by account number 1695002

America's Security failed to inform Plaintiff that the system installed would not adequately protect the premises by activating an alarm should Plaintiff business be broken into. As a proximate result of the failure of America's security to properly inspect or inform and take full recognition of the defects and or inadequacies of the existing alarm system Plaintiff was harmed.

8-15-2021 or there about the Alarm sensor did not activate when Plaintiff ' s business was burglarized by persons or person unknown. The burglar occurred through a door way entrance approximately 30 feet from the location of an alarm sensor located on the upper north east wall of the business location.

After the occurrence of 8-15-21 break representative (s) from The ADT Security Corporation came to Plaintiff's business. Plaintiff was informed that the single Alarm senor that existed was inadequate to provide Alarm activation. Thus protection notification to the Azusa CA Police Department did not occur. Defendant ADT authorized person (s) installed 4 new alarm sensors and at various locations within Plaintiff ' s business. They also removed the previously existing alarm sensor

The sensitivity of the alarm sensors caused the alarms to activate prematurely on 3 occasions. Namely date of 8-15-21; 8-17-21 and again on 8-19-21. The alarm activations caused notification to the Azusa Police Department who responded to the location. In each instance Plaintiff was charged a fine by the city of Azusa for responses of their Police Officers to Plaintiff business.

There in after The ADT Security Corporation caused their Alarm service person or persons to go to the location of Plaintiff's business. Plaintiff was informed that her alarm sensor was too sensitive as to their settings. The service person made the necessary adjustments. Plaintiff since that date and to the date of this filing has suffered no false alarms senor activations.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
*www.courts.ca.gov*

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**

Print this form | Save this form | Clear this form

Exhibit A - 031

PLD-PI-001(3)

| SHORT TITLE: Junita Gamboa vs. The ADT Security Corporation et.al. | CASE NUMBER |
|---|---|

4 (number)

# CAUSE OF ACTION—Intentional Tort

Page 15

ATTACHMENT TO [x] Complaint [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name):* Junita Castanon-Gamboa

alleges that defendant *(name):* The ADT Security Corporation and America's Security

[x] Does 1 to 20

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff

on *(date)*: 2/24/2017

at *(place):* 609 East Arrow Hwy at Junita's Flower and Boatanics

*(description of reasons for liability):*

The ADT Coproation in its capacity and relatons to other Defedant and unkonw Does 1-20 Inclusive violated normal business practices and customs to care as follows:

America's Security failed to inform Plaintiff that the system installed would not adequately protect the premises by activating an alarm should Plaintiff business be broken into. As a proximate result of the failure of America's security to properly inspect or inform and take full recognition of the defects and or inadequacies of the existing alarm system Plaintiff was harmed.

8-15-2021 or there about the Alarm sensor did not activate when Plaintiff ' s business was burglarized by persons or person unknown. The burglar occurred through a door way entrance approximately 30 feet from the location of an alarm sensor located on the upper north east wall of the business location. Defendant's negligence has caused Plaintiff to spend money for an inadequate alram system over a period of 8 year preiod by which Defendant ADT profited by with direct intent.

After the occurrence of 8-15-21 break representative (s) from The ADT Security Corporation came to Plaintiff's business. Plaintiff was informed that the single Alarm senor that existed was inadequate to provide Alarm activation. Thus protection notification to the Azusa CA Police Department did not occur. Defendant ADT authorized person (s) installed 4 new alarm sensors and at various locations within Plaintiff ' s business. They also removed the previously existing alarm sensor

Therefore it is clear to Plaintiff that existing Alram did not meet customary practice to provide a reasonable level of protection and coverage of which Plaintiff was entitled to . Plaintiff was harmed in the amount of $1060.00 losses to her business.

The sensitivity of the alarm sensors caused the alarms to activate prematurely on 3 occasions. Namely date of 8-15-21; 8-17-21 and again on 8-19-21. The alarm activations caused notification to the Azusa Police Department who responded to the location. In each instance Plaintiff was charged a fine by the city of Azusa for responses of their Police Officers to Plaintiff business. This was clearly a mistake on the part of installation process and for which Plaintiff was harmed by having to pay false alarm responses charges to the City of Azusa CA.

There in after The ADT Security Corporation caused their Alarm service person or persons to go to the location of Plaintiff's business. Plaintiff was informed that her alarm sensor was too sensitive as to their settings. The service person made the necessary adjustments. Plaintiff since that date and to the date of this filing has suffered no false alarms senor activations.

Page 1 of 1

Form Approved for Optional Use Judicial Council of California PLD-PI-001(3) [Rev. January 1, 2007]

CAUSE OF ACTION—Intentional Tort

Code of Civil Procedure § 425.12 www.courts.ca.gov

For your protection and privacy, please press the Clear This Form button after you have printed the form.

Print this form | Save this form | Clear this form

Exhibit A - 032

PLD-PI-001(5)

| SHORT TITLE: Junita Gamboa vs. The ADT Security Corporation et.al. | CASE NUMBER: |
|---|---|

5 (number) **CAUSE OF ACTION—Products Liability** Page 16

ATTACHMENT TO [✔] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* Junita Castanon Gamboa

Prod. L-1. On or about *(date):* 8-15-2021 plaintiff was injured by the following product:
Failure of Burglar Senor Alarms to activate . Plaintiff suffered non physical injury and claims econmic losses and injury to her business Junitas Flowers and Botanics.

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being

[ ] used in the manner intended by the defendants.
[✔] used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a

[✔] purchaser of the product.
[✔] user of the product.
[ ] bystander to the use of the product.
[ ] other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L- 4. [ ] **Count One—Strict liability** of the following defendants who

a. [✔] manufactured or assembled the product *(names):*
The America's Security and The ADT Security Corporation
[✔] Does 1 to 10

b. [✔] designed and manufactured component parts supplied to the manufacturer *(names):*
Unknown to Plaintiff
[✔] Does 1 to 10

c. [✔] sold the product to the public *(names):*
The ADT Security Corporation
[✔] Does 11-15 to

Prod. L-5. [✔] **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):*
The ADT Security Corporation and America's Security Corporation
[✔] Does 16 to 20

Prod. L-6. [✔] **Count Three—Breach of warranty** by the following defendants *(names):*
The ADT Security Corporation
[✔] Does 1 to 10

a. [✔] who breached an implied warranty
b. [ ] who breached an express warranty which was
[ ] written [ ] oral

Prod. L-7. [✔] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
[ ] listed in Attachment-Prod. L-7 [✔] as follows:
Defendants each of them installed or caused to be installed defective products, Alarm Sesors which did not have or should have activated for the purposes intented

02/03/22


PLD-PI-001(6)

| SHORT TITLE: Junita Gamboa vs. The ADT Security Corporation et.al. | CASE NUMBER: |
|---|---|

# Exemplary Damages Attachment

Page 17

ATTACHMENT TO [✔] Complaint [ ] Cross - Complaint

EX-1. As additional damages against defendant *(name):*
The ADT Security Corporation and America's Security

Plaintiff alleges defendant was guilty of
[✔] malice
[ ] fraud
[✔] oppression
as defined in Civil Code section 3294, and plaintiff should recover, in addition to actual damages, damages to make an example of and to punish defendant.

EX-2. The facts supporting plaintiff's claim are as follows:

The ADT Security Corporation caused there ADT authorized dealer, America's Security to enter into a new contract with Plaintiff business. America's Security, signed agreement. America's Security on their part performed alarm system inspection of burglar alarm sensor system already in place. The senor was from prior contract termed out by ADT and between Junitas Flowers and Botanics and the ADT Security Corporation. Date of contract 12-26-2017 and known by account number 1695002

America's Security failed to inform Plaintiff that the system installed would not adequately protect the premises by activating an alarm should Plaintiff business be broken into. As a proximate result of the failure of America's security to properly inspect or inform and take full recognition of the defects and or inadequacies of the existing alarm system Plaintiff was harmed.

8-15-2021 or there about the Alarm sensor did not activate when Plaintiff ' s business was burglarized by persons or person unknown. The burglar occurred through a door way entrance approximately 30 feet from the location of an alarm sensor located on the upper north east wall of the business location.

After the occurrence of 8-15-21 break representative (s) from The ADT Security Corporation came to Plaintiff's business. Plaintiff was informed that the single Alarm senor that existed was inadequate to provide Alarm activation. Thus protection notification to the Azusa CA Police Department did not occur. Defendant ADT authorized person (s) installed 4 new alarm sensors and at various locations within Plaintiff ' s business. They also removed the previously existing alarm sensor

The sensitivity of the alarm sensors caused the alarms to activate prematurely on 3 occasions. Namely date of 8-15-21; 8-17-21 and again on 8-19-21. The alarm activations caused notification to the Azusa Police Department who responded to the location. In each instance Plaintiff was charged a fine by the city of Azusa for responses of their Police Officers to Plaintiff business.

EX-3. The amount of exemplary damages sought is
a. [ ] not shown, pursuant to Code of Civil Procedure section 425.10.
b. [✔] $ 16,000.00

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(6) [Rev. January 1, 2007]

**Exemplary Damages Attachment**

Code of Civil Procedure, § 425.12
*www.courtinfo.ca.gov*

Exhibit A - 034