SHOOK, HARDY & BACON L.L.P.
Gabriel S. Spooner (SBN: 263010)
gspooner@shb.com
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614-2546
Telephone: 949-475-1500
Facsimile: 949-475-0016

Attorneys for Defendant
ADT LLC, incorrectly named as
THE ADT SECURITY CORPORATION

## UNITED STATE DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| JUNITA CASTANON-GAMBOA, d/b/a JUNITA FLOWERS AND BOTANICS, <br><br>Plaintiff, <br><br>vs. <br><br>THE ADT SECURITY CORPORATION; AMERICA'S SECURITY; and DOES 1-20, <br><br>Defendants. | Case No.: 2:22-cv-07884 FMO (Ex) <br>District Judge: Hon. Fernando M. Olguin <br><br>**ADT LLC'S NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS** <br><br>**Date: December 8, 2022** <br>**Time: 10:00 a.m.** <br>**Dept: 6D** <br><br>Complaint filed:   02/02/2022 <br>Trial date: |

TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THIS HONORABLE COURT:

PLEASE TAKE NOTICE that Plaintiff Junita Castanon-Gamboa d/b/a Junita's Flowers and Botanics has not filed an opposition to Defendant ADT LLC's ("ADT") motion to dismiss, which is presently set for hearing on December 8, 2022 at 10:00 am in Department 6D of the this court.

Pursuant to Local Rule 7.9, Plaintiff's opposition was due to be filed on or before November 17, 2022. As ADT has not been served with or otherwise received

Plaintiff's written opposition to its motion to dismiss, and as a review of this Court's docket as of the date of filing indicates no opposition has been filed, ADT respectfully requests that its motion to dismiss be granted as unopposed.

Dated: November 23, 2022                    SHOOK, HARDY & BACON L.L.P.


                                            By: _____*/s/ Gabriel S. Spooner*_____
                                                    Gabriel S. Spooner
                                            Attorney for Defendant ADT LLC