FILED

Juanita Castanon-Gamboa (Pro Per Litigant)
a/k/a Junta Castanon-Gamboa
609 East Arrow Highway # 611
Azusa, CA 91702-5802(626) 890-3203
Email: raul_castanon@yahoo.com [Plaintiff Son]

Any Attorney Junta Castanon Gamboa

2022 DEC -9  PM 4: 00

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

Plaintiff,

JUNITA CASTANON-GAMBOA

D/B/A

JUNITAS FLOWERS AND BOTANICS, an

induval

vs.

THE ADT SECURITY CORPORATION;

AMERICA'S SECURITY; and DOES 1-20
Inclusive
          Defendants.

CASE NO. 2:22-CV-07884-FMO-E

Judge: Fernando M. Olguin

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULE 12(B)(5) FOR INSUFFICIENCY OF PROCESS. MEMORANDUM OF POINTS AND AUTHORITIES [VIOLATION OF FEDERAL RULES OF PROCEDURE FOR FAILURE OF CONFORMITY DIVERSITY UNDER 28 U.S.C. § 1332 (A)]; DECLARATION OF JUNITA CASTANON-GAMBOA**

**DATE: 1/25/2023**
**TIME: 10:00 AM**
**PLACE FIRST STREET U.S. COURTHOUSE 350 W 1ST STREET, Rm 6D, LOS ANGELES, CA 90012-4565**

**ORIGINATING CASE FILED FEBRUARY 2ND 2022 BY PLAINTIFF: LASC 22STLC00682**

1. TO DEFENDANT AND THEIR ATTORNEYS OF RECORD: Including Attorney of Record for

Defendant ADT Security Corporation Gabriel S. Spooner (SBN 2630310)

2. PLEASE TAKE NOTICE that on   1/25/2023   at 10:00 AM. or soon there-after as the court

can set a hearing date in Courtroom 6D of the above-entitled Court located at First Street U.S.

- 1 -
PLAINTIFFS NOTICE OF MOTION AND MOTION TO DISMISS UNDER RULE 12(b)(5)

Courthouse 350 W 1st Street, Suite Los Angeles, CA 90012-4565 (Plaintiff as referenced above")

will move this Court for an Order dismissing Action filed by Defendant ADT Security

Corporation.

***3. Plaintiff will seek leave to request extension of time in order to have hearing on her now Motion to Dismiss Pursuant to Federal Rule 12(B)(5) Insufficiency of Process.***

**4.** Plaintiff was Pro Per. Plaintiff was however represented by Legal Counsel the offices of Jason Adhoot SBN 231670 for the purposes of hearing of motion to reclassify, LASC 22STLC00682. Plaintiff had NO NOTICE nor had Plaintiff been served by legal process with any of Defendant's federal court case fillings case matter 2-22-cv-07884-FMO-E

**5.** Thus, Plaintiff did not respond to Federal Court Orders and Notices due to their inadvertent excusable neglect*. [" Fed. R. Civ.6(b)(1)(B)* and failed to respond to dead line date nor any other mandated orders of the Federal Courts or other matters including but not limited to:

   a.  11-08-2022 ADT LLL'S Notice to State Clerk of Removal to Federal Court.

   b.  11-17-2022 for Plaintiff to file Opposition to Defendant ADT Motions11-23-2022 Court.

   c.  Order of which Plaintiff was not informed of by her son Raul Castanon until 12-05-22.

   d.  12-08-2022 for Plaintiff to file Opposition  to Motions of Defendant ADT

**6.** 8-18- 2022 Plaintiff last had contact with her Agent-In-Fact Michael D. Howard, Plaintiff Agent - In-Fact *UNTILL ON OR ABOUT* 12-05-2022 Michael D. Howard notified Plaintiff of the current pending actions. See Declaration of Michael D. Howard Exhibit 6.

**7.** Plaintiff is given to understand the purposes of Defendant ADT Security Corporation (here-in-after referred to as ADT or Defendant) is to assert a claim of federal jurisdiction Case Number 2-22-cv-07884-FMO-E.  Plaintiff Junta Castanon-Gamboa ("Plaintiff"). filed in the Los Angeles Superior

Court Case NO 22STLC00682 February 2nd, 2022 a complaint for which these matters are now scheduled for hearing.as to the removal of Plaintiff cases matter to federal jurisdiction.

**8.** Plaintiffs will move the court to vacate its order of 23rd of November2022 for Plaintiff to file a 1st Amended to file with this court.

**9.** Plaintiffs elects instead to file this current motion to Dismiss the action as filed by Defendant ADT. Plaintiff will follow the courts notice page 2 line 7 directed at Defendant but now Plaintiff Pro Per Litigant request same leave to file a motion to dismiss on the grounds of violation of Defendant ADT TO RULE 12(B)(5) FOR INSUFFICIENCY OF PROCESS.

**10.**    Plaintiff ask the court without leave to not object to meet and confer with Defendant no later than December 26th, 2022. This in the same manner as the court had given difference to Defendant ADT

**11.**    Plaintiff request for dismissal is based on TWO (2) grounds. As a matter of law.

Firstly, this Motion will be made pursuant to ***Federal Rule of Civil Procedure 12(b)(5) ("Rule 12(b)(5)")*** on the grounds of insufficiency of process in that Plaintiff was not personally served with the summons and complaint or any other documents Defendant filed with this.  Therefore, the purported service on Defendant was not valid or effective under *Federal Rule of Civil Procedure* 4 ("Rule 4") and this Court should grant the motion to dismiss.

**12.**    This motion shall be based upon this Notice, the attached Memorandum of Points and Authorities, the attached Declaration of   Plaintiff   the complete files and records of this action, and such other and further oral and documentary evidence as may be presented at the hearing on this

**13.**    Secondarily, Defendants motion fails to meet the threshold filing basis for filing a complaint. The amount of controversy as filed by Plainitts and sustained by the court of original jurisdiction

does not exceed filing TWENTY-FIVE THUSOUND DOLLARS ($25,000.00)   with an additional

estimate of $5,000 in attorney fees according to proof.

**14.**      Federal rules clearly state: requirements of *28 U.S. Code § 1332*. Diversity of citizenship;

amount in controversy; costs (a) The district courts shall have original jurisdiction of all civil

actions where the matter in controversy exceeds the sum or value of $50,000, exclusive of interest

and costs, and is between- (1) citizens of different States;

**15.**      September 13th 2022 a tentative ruling was issued that Plaintiff Juanita Castanon-Gamboa

Motion to Reclassify from Limited Jurisdiction [ amount maximum filing TWENTY-FIVE

THUSOUND DOLLARS ($25,000.00) To reclassify to an unlimited court was denied. The

document states Court Clerk to give notice *Exhibit 1*

**16.**      Plaintiff objects to Defendant ADT's assertion that its filing of this present matter before this

court meets the jurisdictional requirements of *28 U.S. Code § 1332*

*I declare the foregoing is true and correct based on my knowledge and beliefs unless other wise*

*stated under the Laws of the United States of American and the State of California in which I*

*reside.*

> **Place of Signing** : Azusa, California Dated: December 8th, 2022
>
> *Juanity Costney Gabog*
>
> Juanita Castanon-Gamboa (Pro Per Litigant)

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### STATEMENT OF FACTS

**17.**    8-18-2022 Plaintiff had with the Los Angeles County Superior Court a change of address had

served on all parties a notice of change Address for mailing Plaintiff was Junita Castanon- Gamboa

1  mailing address 609 E Arrow Hwy. Azusa CA, 91702 a phone number contact of (626) 324-2684

2  was also provided. ***Exhibit 2***

3  **18.**      10-28-2022 (on or about) Defendant ADT filed this current action against Plaintiff on Case

4
5  No. 2:22-cv-07884-FMO-E with causes of action by ADT L.L.C Notice of Removal; Declaration

6  of Gabriel S. Spooner. See complaint on file.

7  ***19.***      The proof of service ***Exhibit 3*** w filed by Defendant ADT alleges that was served by US

8  Postal mail on or about October 28th, 2022 with the notice of action. was with all notice of action

9  was addressed to Junita *Castanon-Gamboa (Pro per Litigant)*

10
                                         *C/O Optimus Law*
11
12          *9573 Garvey Ave. Ste. 20, South El Monte, CA 91733. Tel No. (626) 324-2684*

13  Of whom Plaintiff had severed previously all previous relationships.

14  **20.**      Plaintiff denies being personally served or notified in  any manner  and alleges that she had no

15  knowledge of the actions filed by Defendant in these actions, nor even that anyone had filed a

16  lawsuit, or was attempting to serve them until December 1, 2022 via information provided by her

17  son who had been informed by licensed CA Private Investigator Michael D. Howard had been

18
19  contacted by ADT Defendant legal counsel Henry Hillard to set a date to meet and confer. ***Exhibit***

20  ***4. for which Plaintiff was unavailable***

21  **21.**      Defendant contends that the service on them was improper as it was not made in accordance

22  with the provisions of Rule 4 of the Federal Rules of Civil Procedure, thus this Court should grant

23
24  the motion to dismiss under Rule 12(b)(5) for insufficiency of process.

25                      **II.**

26                              **LEGAL ARGUMENT**

27
28

A.      **THE PURPORTED SERVICE OF THE SUMMONS AND COMPLAINT AND OTHER NOTICES IS NOT VALID UNDER RULE 4, AS A RESULT THIS COURT SHOULD GRANT**

**THE MOTION TO DISMISS UNDER RULE 12(b)(5)**

**22.**      Rule 12 of the Federal Rules of Civil Procedure states in pertinent part that, "A party may assert the following defenses by motion: (5) insufficient service of process." Thus, this Court has the authority to grant the motion filed by Plaintiff

**19.** Rule 4 of the Federal Rules of Civil Procedure states in pertinent part that, "(e) Serving an Individual Within a Judicial District of the United States. Unless federal law provides otherwise, an individual—other than a minor, an incompetent person, or a person whose waiver has been filed—may be served in a judicial district of the United States by: (1) following state law CA CODE OF CIVIL PROCEDURE – CCP PART 2. OF CIVIL ACTIONS [307 - 1062.20] (Part 2 enacted 1872.) . TITLE 14. OF MISCELLANEOUS PROVISIONS [989 - 1062.20] (Title 14 enacted 1872. ) CHAPTER 5.

**20.** Notices, and Filing and Service of Papers [1010 - 1020 serving a document and summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made; or and further applicable law California Code, Code of Civil Procedure - CCP § 415.30

(2) doing any of the following:

(A) delivering a copy of the summons and of the complaint to the individual personally;

(B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or

(C) delivering a copy of each to an agent authorized by appointment or by law to receive service of process." The Agent for Plaintiff was not authorized to respond to a legal matter requiring a attorney at bar to the federal courts. Nor did the Agent read or respond to Defendants emailed notices until on or about 11/30/22. when he was requested on 11/29/22 to arrange a meet and confer with Plaintiff. *referenced at Exhibit 4*

**21.** As shown by the Declaration of Plaintiff, attached hereto and incorporated herein by reference, they were not personally served, and they had no knowledge of the summons and complaint, nor any other actions in this matter nor that anyone was attempting to serve them until 11/30/2022 via a conversation with Plaintiff's son Raul Gamboa

## B.    THE DEFENDANT ADT HAS THE BURDEN OF SHOWING THAT THE PURPORTED SERVICE OF THE SUMMONS AND COMPLAINT AND OTHER NOTICES OF ACTION IN THESE MATTERS ON PLAINTIFF IS VALID AS GOVERNED BY RULE 4

**22.** It is settled that once a defendant files a motion under Rule 12(b)(5), that the defendant has the burden of proving that the service was valid.     "Before a federal court may exercise personal jurisdiction over a defendant, the procedural requirement of service of summons must be satisfied." *Omni Capital Int'l v. Rudolf Wolff & Co.*, 484 U.S. 97, 104, 108 S.Ct. 404, 98 L.Ed.2d 415 (1987); see also *Murphy Bros. v. Michetti Pipe Stringing*, 526 U.S. 344, 350, 119 S.Ct. 1322, 143 L.Ed.2d 448 (1999) ("In the absence of service of process (or waiver of service by the plaintiff), a court ordinarily may not exercise power over a party the complaint names as defendant…" or the plaintiff as in applies in this present matter

**23.** "Once service is challenged, Defendant bear the burden of establishing that service was valid under Rule 4." *Brockmeyer v. May*, 383 F.3d 798, 801 (9th Cir.2004) (citing 4A Charles A.

Wright & Arthur R. Miller, Federal Practice and Procedure § 1083 (3d ed. 2002 & Supp. 2003)). "[N]either actual notice, nor simply naming the person in the caption of the complaint, will subject defendants to personal jurisdiction if service was not made in substantial compliance with Rule 4." *Crowley v. Bannister*, 734 F.3d 967, 975 (9th Cir.2013) (brackets omitted).

**24.** In the absence of valid service of process, proceedings against a party are void." *Thomas v. New Leaders for New Sch.*, 278 F.R.D. 347, 350 (E.D. La. 2011) (quoting Aetna Bus. Credit, Inc. v. Universal Decor & Interior Design, 635 F.2d 434, 435 (5th Cir. 1981).

**25.** This Court should require the Defendant to meet their burden, if they fail to do so, this Court has discretion to dismiss this action.

**26.** The Ninth Circuit Court of Appeals has stated that, if the party is unable to satisfy its burden of demonstrating effective service, the court has discretion to either dismiss or retain the action. See *Stevens v. Sec. Pac. Nat'l Bank*, 538 F.2d 1387, 1389 (9th Cir. 1976).

Thus, Defendant ADT now has the burden of showing that the purported service of the summons and complaint and or other documents on Plaintiff was effective as governed by Rule 4.

### III.

### CONCLUSION

Based on the above, it is requested that defendant's motion to dismiss under Rule 12(b)(5) be should granted.

Dated December 8th, 2022

Juanita Castanon-Gamboa (Pro Per Litigant)

PLAINTIFFS NOTICE OF MOTION AND MOTION TO DISMISS UNDER RULE 12(b)(5)

## DECLARATION OF

I, **JUANITA CASTANON-GAMBOA** (Pro Per Litigant declare as follows.

1.  I am over the age of 18 years and am a party to this action. I have personal knowledge of the facts stated in this declaration, and if called as a witness, could and would testify competently to the truth of the facts as stated herein.

2.  The proof of service filed by Defendant ADT alleges that I was served on On or about October 28th, 2022. This is not true. I was never personally served with the summons and complaint or was mailed any other documents for Defendants lawsuit of filed actions and notices. In fact, all such notices were mailed to an address for which I had long ceased to use prior to October 28th, 2022 and this for which I had filed August 18th, 2022 with the originating court of jurisdiction. this a full 2 plus months before Defendant ADT filed its action against me the Plaintiff. Case No. 2:22-cv-07884-FMO-E

3.  I was not intentionally trying to avoid service as I had no knowledge that anyone was attempting to serve me. At all times I could have been reached for personal service at my residence or place of business and or telephone number as provided in my notice of change of addressed filled with the court *refer to Exhibit 2 appended*

4.  Upon my awareness of this matter my son, Raul Castanon, conversed with Michael D Howard to see if we could secure the services of attorney to respond. *Exhibit 5*. The attorney seeks a $3000 retainer which is costs prohibitive for me given that the matter should be dismissed on the basis of the grounds asserted by me as Plaintiff in the forgoing paragraphs 1-26 and this my accompanying declaration

5.  I respectfully request that the Court grant my motion to dismiss under Rule 12(b)(5) for insufficiency of process.

6. Further this matter should be dismissed in that Defendant ADT has not met the federal requirements for filing Federal rules clearly state: Motion. Secondly Plaintiff objects to Defendant ADT's assertion that its filing of this present a met the requirements of 28 U.S.C. § 1332. Diversity of citizenship; amount in controversy; costs (a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $50,000, exclusive of interest and costs, and is between- (1) citizens of different States;

7. September 13th 2022 a tentative ruling was issued that Plaintiff Juanita Castanon-Gamboa Motion to Reclassify from Limited Jurisdiction [ amount maximum filing TWENTY-FIVE THUSOUND DOLLARS ($25,000.00) To reclassify to an unlimited court was denied. The document states Court Clerk to give notice *Exhibit 1*

*I declare under penalty of perjury under the laws of the State of California   and the United States of America based on my knowledge and beliefs unless otherwise stated that the foregoing is true and correct and that this Declaration was executed on*

**December 8, 2022**     **Location of Signing:** <u>Azusa California</u>

<u>Juanita Castanon Gamboa</u>

Juanita Castanon-Gamboa (Pro Per Litigant)
Case No. 2:22-cv-07884-FMO-E

1
2
3

## PROOF OF SERVICE

4      I **Michael D Howard** CA licensed Private Investigator License No. PI21573 I am over the
age of 18 and not a party to this action.

5
6      I am a resident of or employed in the county where the mailing occurred; my
business/residence address is: **500 West Graham Avenue # 926, lake Elsinore CA92530**

7      **Further my business Tel. (951)234-1282. Fax: (424) 389-7069 and email:**
michaelhowardus@yahoo.com

8
9      That at a date no later than Friday December 9, 2022 I will have served the foregoing
document(s) with Plaintiff's originating hand signatures  described as  **PLAINTIFF'S  NOTICE OF**

10     **MOTION AND MOTION TO DISMISS PURSUANT TO RULE 12(B)(5) FOR**
**INSUFFICIENCY OF PROCESS. MEMORANDUM OF POINTS AND AUTHORITIES**

11     **[VIOLATION OF FEDERAL RULES OF PROCEDURE FOR FAILURE OF CONFORMITY**
**DIVERSITY UNDER 28 U.S.C. § 1332 (A)]; DECLARATION OF Junita Castanon-Gamboa**

12     **by filing the motion with the court no later than December 8th in the Clerk's office First Street**
**U.S. Courthouse 350 W 1st Street, Suite Los Angeles, CA 9001 2-4565 and mailing further**

13     **mailing** the following parties:

14
15     1. **Gabriel S. Spooner Attorney for Defendant ADT LLC addressed as follows and mailed**
**by US Priority Mail with a postal tacking number to:**

16     **Shook, Hardy & Bacon L.L.P**
**Jamboree Center,**

17     **5 Park Plaza, Suite 1600**
**Irvine, California 92614**

18
19                   [X] (By U.S. Mail) I deposited such envelope in the mail at lake Elsinore CA,
California with postage thereon fully prepaid.  I am readily familiar with the

20                   firm's practice of collection and processing correspondence for mailing. Under
the practice it would be deposited with the U.S. Postal Service on that same

21                   day with postage thereon fully prepaid at Lake Elsinore , California in the
ordinary course of business. I am aware that on motion of the party served,

22                   service is presumed invalid if postal cancellation date or postage meter date is
more than one day after date of deposit for mailing in affidavit.

23

24                   [ ] (By Personal Service) I caused such envelope to be delivered by hand via
messenger service to the address above;

25

26                   [ X ] I further  (By Email ) on 12-08-2022 I served a true and correct copy with
Plaintiff's electronic signature affixed as authorized by Plaintiff, in my capacity

27                   as Agent-In-Fact  by email of the proposed motion for filing with court no later
than December 9th, 2002 to the email  addresses listed to the following parties

28

associated with Defendant ADT's legal department  regular Said transmission was reported complete and without error. As addressed to:

1. Gabriel S. Spooner (SBN 263010  gspooner@shb.com
2. Los Angeles Superior court Department 26  Case No. 22STLC00682 by its court reservations filing system
3. Hilliard, Henry (SHB) associated Legal counsel Defendant ADT rhhilliard@shb.com
4. Stewart, Wende (SHB) ) associated Legal counsel Defendant ADT wstewart@shb.com
5. Raul Castanon son and contact person for Plaintiff raul_castanon@yahoo.com
6. Jason Ahdoot Attorney at Law jason@ahdootlaw.com

I declare based on my knowledge and beliefs unless other stated under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

DATED: December 8th 2022

_____

SIGNATURE OF PERSON SERVING PAPERS

PLAINTIFFS NOTICE OF MOTION AND MOTION TO DISMISS UNDER RULE 12(b)(5)

1
2
3
4
5
6
7
8
# EXHIBIT 1
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS NOTICE OF MOTION AND MOTION TO DISMISS UNDER RULE 12(b)(5)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

**MOTION:** Plaintiff miscalculated her damages at less than $25,000.00. Based on new calculations for direct and punitive damages, Plaintiff is entitled to more than $100,000.00 and injunctive relief.

**OPPOSITION:** None filed as of September 9, 2022.

**REPLY:** None filed as of September 9, 2022.

**ANALYSIS:**

On February 2, 2022, Plaintiff Juanita Castanon-Gamboa ("Plaintiff") filed the Complaint in this action against Defendants The ADT Security Corporation and America's Security ("Defendants"). Plaintiff filed the instant Motion to Reclassify on March 21, 2022. The Motion initially came for hearing on July 19, 2022, at which time the Court continued to matter to September 13, 2022. (Minute Order, 07/19/22.) No opposition has been filed to date.

Discussion

Code of Civil Procedure section 403.040 allows a plaintiff to file a motion for reclassification of an action within the time allowed for that party to amend the initial pleading. (CCP § 403.040(a).) If the motion is made after the time for the plaintiff to amend the pleading, the motion may only be granted if (1) the case is incorrectly classified; and (2) the plaintiff shows good cause for not seeking reclassification earlier. (CCP § 403.040(b).) In Walker v. Superior Court (1991) 53 Cal.3d 257, 262, the California Supreme Court held that a matter may be reclassified from unlimited to limited only if it appears to a legal certainty that the plaintiff's damages will necessarily be less than $25,000. (Walker v. Superior Court (1991) 53 Cal.3d 257.)

In Ytuarte v. Superior Court (2005) 129 Cal.App.4th 266, 278, the Court of Appeals examined the principles it set forth in Walker and held that "the court should reject the plaintiff's effort to reclassify the action as unlimited only when the lack of jurisdiction as an "unlimited" case is certain and clear." (Id. at 279.) Plaintiff's burden is to present evidence to demonstrate a possibility that the damages will exceed $25,000.00 and the trial court must review the record to determine "whether a judgment in excess of $25,000.00 is obtainable." (Ibid.)

The instant Motion to Reclassify was filed within the time to amend the Complaint. (See Code Civ. Proc., § 472, subd. (a) ["A party may amend its pleading once without leave of the court at any time before the answer, demurrer, or motion to strike is filed . . . ."].) Therefore, Plaintiff must only show that the case is incorrectly classified. Plaintiff contends that the damages were miscalculated, resulting in filing the Complaint in the limited jurisdiction court. The Motion, however, is not supported by any evidence of the damages Plaintiff has purportedly incurred. In fact, the supporting declaration filed by Plaintiff does not include facts demonstrating

the amount of damages Plaintiff suffered, other than a simple conclusion that the damages exceed $100,000. (See Motion, Castanon-Gamboa Decl., ¶14.) This is insufficient to show the possibility that Plaintiff may obtain a judgment in excess of the jurisdictional limit of this Court.

Conclusion

Plaintiff Juanita Castanon-Gamboa's Motion to Reclassify is DENIED.

Court clerk to give notice.

## DEPARTMENT 26 LAW AND MOTION RULINGS

If you desire to submit on the tentative ruling, you may do so by e-mailing Dept. 26 at the Spring Street Courthouse until the morning of the motion hearing.

The e-mail address is SSCdept26@lacourt.org

The heading on your e-mail should contain the case name, number, hearing date, and that you submit. The message should indicate your name, contact information, and the party you represent. Please note, the above e-mail address is to inform the court of your submission on the tentative ruling. All other inquiries will not receive a response.

If there are no appearances by either side and no submission on the Court's tentative ruling, the matter will be placed OFF CALENDAR.

Due to overcrowding concerns of COVID-19, all parties shall make every effort to schedule a remote appearance via LACourtConnect (https://my.lacourt.org/laccwelcome) for their next hearing. The parties shall register with LACourtConnect at least 2 hours prior to their scheduled hearing time.

**Please note we no longer use CourtCall**

---

**Case Number:** 22STLC00682   **Hearing Date:** September 13, 2022   **Dept:** 26

### RECLASSIFY

### (CCP § 403.040)

**TENTATIVE RULING:**

Plaintiff Juanita Castanon-Gamboa's Motion to Reclassify is DENIED.

**SERVICE:**

      [X] Proof of Service Timely Filed (CRC 3.1300) **OK**
      [X] Correct Address (CCP 1013, 1013a) **OK**

      [X] 16/21 Day Lapse (CCP 12c and 1005(b)) **OK**

**SUMMARY OF COMPLAINT:** Action for breach of contract with respect to installation of security system.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2



ectronically FILED by Superior Court of California, County of Los Angeles on 08/18/2022 02:29 PM Sherri R. Carter, Executive Officer/Clerk of Court, by A. Patrick,Deputy Clerk

**MC-040**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Junita Castanon Gamboa  (Pro Per Litigant)<br>C/O Optimus Law<br>9573 Garvey Ave. Ste. 20<br>South El Monte, CA 91733<br>TELEPHONE NO.: (626) 324-2684         FAX NO. *(Optional)*  (424) 389-7069<br>E-MAIL ADDRESS *(Optional):*  raulcastanon@yahoo.com<br>ATTORNEY FOR *(Name):*  Plaintiff Junita Castanon Gamboa | To keep other people from seeing what you entered on your form, please press the Clear This Form button at the end of the form when finished. |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF    Los Angeles
STREET ADDRESS: 312 North Spring Street
MAILING ADDRESS: SAME
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Spring Street Courthouse

| | |
|---|---|
| PLAINTIFF/PETITIONER:   Junita Castanon -Gamboa dba  Junitas Flowers et. al. | CASE NUMBER:<br>22STLC00682 |
| DEFENDANT/RESPONDENT:   ADT Security Corporation; America's Security et. al. | JUDICIAL OFFICER:<br>Mark E. Windham |
| **NOTICE OF CHANGE OF ADDRESS OR OTHER<br>CONTACT INFORMATION** | DEPT.:<br>26 |

1. **Please take notice** that, as of *(date):*  8-01-22

   ☐ the following self-represented party or

   ☐ the attorney for:

   a. ☑ plaintiff *(name):*  Junita Castanon- Gamboa

   b. ☐ defendant *(name):*

   c. ☐ petitioner *(name):*

   d. ☐ respondent *(name):*

   e. ☐ other *(describe):*

   has **changed his or her address** for service of notices and documents or other contact information in the above-captioned action.

   ☐ A list of additional parties represented is provided in Attachment 1.

2. The **new address** or other contact information for *(name):*  Junitas Flowers & Botanics

   is as follows:

   a.  Street: 609 E. Arrow Hwy.

   b.  City: Azusa,

   c.  Mailing address *(if different from above):*

   d.  State and zip code:  CA  91702

   e.  Telephone number: (626) 324-2684

   f.  Fax number (if available):  (424) 389-7069

   g.  E-mail address (if available):  raulcastanon@yahoo.com

3. **All notices and documents** regarding the action should be sent to the above address.

   Date: 8-18-22

   Junita Castanon-Gamboa                                 *Junita Castanon-Gamboa*
   _____                            ►  _____
   (TYPE OR PRINT NAME)                                          (SIGNATURE OF PARTY OR ATTORNEY)

Form Approved for Optional Use<br>Judicial Council of California<br>MC-040 [Rev. January 1, 2013]
**NOTICE OF CHANGE OF ADDRESS OR OTHER<br>CONTACT INFORMATION**
Cal. Rules of Court, rules 2.200 and 8.816<br>www.courts.ca.gov

**MC-040**

| | |
|---|---|
| PLAINTIFF/PETITIONER: Junita Castanon -Gamboa dba  Junitas Flowers et. al. | CASE NUMBER: |
| DEFENDANT/RESPONDENT: ADT Security Corporation; America's Security et. al. | 22STLC00682 |

## PROOF OF SERVICE BY FIRST-CLASS MAIL
### NOTICE OF CHANGE OF ADDRESS OR OTHER CONTACT INFORMATION

*(NOTE: This page may be used for proof of service by first-class mail of the* Notice of Change of Address or Other Contact Information. *Please use a different proof of service, such as* Proof of Service—Civil *(form POS-040), if you serve this notice by a method other than first class-mail, such as by fax or electronic service. You cannot serve the* Notice of Change of Address or Other Contact Information *if you are a party in the action. The person who served the notice must complete this proof of service.)*

1. At the time of service, I was at least 18 years old and **not a party to this action.**

2. I am a resident of or employed in the county where the mailing took place. My residence or business address is *(specify):*
   500 West Graham Avenue # 926, Lake Elsinore CA 92530

3. I served a copy of the *Notice of Change of Address or Other Contact Information* by enclosing it in a sealed envelope addressed to the persons at the addresses listed in item 5 and *(check one):*

   a. [✔] deposited the sealed envelope with the United States Postal Service with postage fully prepaid.

   b. [ ] placed the sealed envelope for collection and for mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The *Notice of Change of Address or Other Contact Information* was placed in the mail:
   a. on *(date):* 8-18-22
   b. at *(city and state):* Lake Elsinore CA 92530

5. The envelope was addressed and mailed as follows:

   a. Name of person served:
   Law Offices of Jason D. Ahbot
   Street address: 16633 Ventura Blvd. Ste. 555
   City: Ventura
   State and zip code: CA 91436

   b. Name of person served:
   Attorney Dana Michellweller
   Street address: 980 Montecito Drive, Suite 101
   City: Corona,
   State and zip code: CA 92879

   c. Name of person served:
   Attorney Eric. Boos. Esq/ ADT Corporation
   Street address: 1501 Yamato  Road
   City: Boca Raton
   State and zip code: FL 33431

   d. Name of person served:
   Juan Duran Agent Process of Service C/O Safe Streets
   Street address: 3286 East Guasti Road Ste. 120
   City: Ontario
   State and zip code: CA 91761

[ ] Names and addresses of additional persons served are attached. *(You may use form POS-030(P).)*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8-18-22

Michael D. Howard CA P.I. License No. PI21573
_____
(TYPE OR PRINT NAME OF DECLARANT)

▶ *Michael D. Howard*
_____
(SIGNATURE OF DECLARANT)

**NOTICE OF CHANGE OF ADDRESS
OR OTHER CONTACT INFORMATION**

For your protection and privacy, please press the Clear This Form button after you have printed the form.    **Save This Form**   **Print This Form**   **Clear This Form**

# EXHIBIT 3

1  Gabriel S. Spooner (SBN 263010)
   gspooner@shb.com
2  SHOOK, HARDY & BACON L.L.P.
   Jamboree Center
3  5 Park Plaza, Suite 1600
   Irvine, California 92614
4  Telephone:  949-475-1500
   Facsimile:   949-475-0016
5
   Attorneys for Defendant
6  ADT LLC

7

8              UNITED STATE DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10                  WESTERN DIVISION

11 JUNITA CASTANON-GAMBOA d/b/a )   Case No.:   2:22-cv-07884
   JUNITAS FLOWERS AND        )
12 BOTANICS, an individual    )    Judge:
                              )
13           Plaintiff,       )    **ADT LLC'S NOTICE OF REMOVAL;**
                              )    **DECLARATION OF GABRIEL S.**
14      vs.                   )    **SPOONER**
                              )
15 THE ADT SECURITY CORPORATION; )  [Filed concurrently with Notice of
   AMERICA'S SECURITY; and DOES 1-20, )  Interested Parties; Corporate Disclosure
16                            )    Statement; Notice of Related Cases;
           Defendants.        )    and Civil Cover Sheet]
17                            )
                              )
18                            )    Complaint filed:    February 2, 2022
                              )
19                            )

20 TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF

21 THE ABOVE-ENTITLED COURT:

22      PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1446, Defendant ADT

23 LLC[1] ("ADT"), hereby removes the above-entitled case from the Superior Court of

24 California, County of Los Angeles, to the United States District Court, Central District

25 of California, Western Division, based on diversity of citizenship jurisdiction, on the

26 following grounds:

27

28 ────────────────────
   [1] ADT LLC is the proper party defendant to this action.  The ADT Security Corporation
   was improperly named and joined and has no business relationship with Plaintiff.
                                        ADT LLC'S NOTICE OF REMOVAL
   4879-3655-7628 V1

## I.     THE REMOVED ACTION

1.     The removed case is a civil action brought by Junita Castanon-Gamboa d/b/a Junitas Flowers and Botanics ("Plaintiff"), on or about February 2, 2022, in the Superior Court of the State of California, County of Los Angeles, and is entitled *Junita Castanon-Gamboa d/b/a Junitas Flowers and Botanics v. The ADT Security Corporation; America's Security and Does 1-20*, having been assigned Case No. 2251LC00682. ADT was served with a copy of the Complaint via CT Corporation System Process Service on February 4, 2022.   The Complaint alleges breach of contract/warranty and damages claims against ADT (*See generally* Complaint, **Exhibit A.**)

2.     Defendant ADT removes this action because on September 29, 2022, America's Security, a California corporation, was declared to be duly wound up and dissolved. (*See generally* Order Declaring Corporation Duly Wound Up and Dissolved, **Exhibit B.**) Dissolution of America's Security established complete diversity between the parties.

3.     Defendant ADT removes this action under 28 U.S.C. §§1332(a) and 1441(b) on the grounds that complete diversity of citizenship exists between Plaintiff and ADT, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4.     ADT removes the State Court Action to the United States District Court for Central District of California, because the State Court Action is pending in that district.

## II.    REMOVAL IS PROPER

5.     This Court has original jurisdiction under 28 U.S.C. § 1332 because this is a civil action in which the amount in controversy exceeds the sum of $75,000, exclusive of costs and interest, Plaintiff and ADT are citizens of different states, and

2

1  ADT moves for removal within 30 days of notice of dismissal of a non-diverse
2  defendant.  28 U.S.C. §§ 1332(a) and 1441(a)-(b).

3        **A.**    **Complete diversity exists between the real parties in interest.**

4        6.    Plaintiff by Junita Castanon-Gamboa d/b/a Junitas Flowers and Botanics
5  at all relevant times, owned and operated a business in Los Angeles County, State of
6  California (*See* Complaint.) Thus, upon information and belief, Plaintiff is California
7  citizen.

8        7.    ADT LLC is a limited liability company.   Courts determine the
9  citizenship of a limited liability company by the citizenship of its members. *Johnson*
10  *v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006); *19th Cap.*
11  *Grp., LLC v. 3 GGG's Truck Lines, Inc.*, No. CV 18-2493 PA (RAOX), 2018 WL
12  6219886, at *1 (C.D. Cal. Apr. 3, 2018). ADT's sole member is The ADT Security
13  Corporation, a Delaware corporation with its principal place of business located in
14  Boca Raton, Florida. Accordingly, The ADT Security Corporation is a citizen of
15  Delaware and Florida. *See* 28 U.S.C. § 1332(c)(1). ADT LLC is therefore a citizen of
16  Delaware and Florida.  ADT LLC is not, and was not at the time of the filing, a citizen
17  of the State of California.

18        8.    Therefore, because Plaintiff is a citizen of California and ADT is a citizen
19  of Delaware and Florida, complete diversity of citizenship exists between the real
20  parties in interest. *See* 28 U.S.C. § 1332.

21        **B.**    **The amount in controversy is satisfied.**

22        9.    Although the exact amount of damages Plaintiff claims is not clear from
23  the face of the Complaint, following discussion with Plaintiff's counsel and their
24  subsequent filings, the alleged damages are greater than $75,000. On March 21, 2022,
25  Plaintiff filed a Motion to Reclassify from Limited to Unlimited Jurisdiction CA CCP
26  403.040 (A).  In the Motion Plaintiff stated she calculated the damages to be in excess

27
28

ADT LLC'S NOTICE OF REMOVAL

4879-3655-7628 V1

1  of $100,000. (*See* Plaintiff's Motion to Reclassify from Limited to Unlimited
2  Jurisdiction CA CCP 403.040 (A) ¶ 10, 14, **Exhibit C.**)

3       10.    Accordingly, the amount in controversy meets the required threshold for
4  purpose of diversity jurisdiction. *See* 28 U.S.C. § 1332(a).

5       **C.**    **Removal is timely.**

6       11.    Under 28 U.S.C. § 1446(b), defendants may remove an action within 30
7  days after receipt of the initial pleading setting forth the claim for relief on which the
8  action or proceeding is based.

9       12.    ADT was served with a copy of the Summons and Complaint via CT
10  Corporation System Process Service on February 4, 2022. ADT received notice of
11  America's Security dissolution on September 29, 2022.

12       13.    The Notice of Removal is therefore filed within 30 days of receipt by
13  ADT of the initial pleading upon which the aforesaid action is based pursuant to Rule
14  6(a) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1446(b).

15  **III.**    **ALL PROCEDURAL AND VENUE REQUIREMENTS ARE MET**

16       14.    The United States District Court for Central District of California is the
17  proper venue to file this Notice of Removal under 28 U.S.C. § 1441(a) because this
18  action was originally brought in the Superior Court of the State of California, County
19  of Los Angeles, which is located within the jurisdiction of the United States District
20  Court for Central District of California.

21       15.    No party previously filed a Notice of Removal with this Court in this
22  case.

23       16.    Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all documents
24  served upon ADT in the State Court Action are attached as **Exs. A and B.**

25       17.    Pursuant to 28 U.S.C. § 1446(d), ADT will serve or cause to be served a
26  written notice of the removal of this case on Plaintiff. Furthermore, ADT will
27  promptly file a Notice of Filing Notice of Removal with the Clerk of the Superior

28

4879-3655-7628 V1

1  Court of the State of California, County of Los Angeles.  ADT will file a true and
2  correct copy of the Notice of Filing Notice of Removal, along with the accompanying
3  Certificate of Service, concurrently with this Notice of Removal.

4       18.    If any question arises as to the propriety of the removal of this action,
5  ADT respectfully requests the opportunity to present a brief and oral argument in
6  support of its position that this lawsuit is removable.

7       19.    ADT reserves the right to amend or supplement this Notice of Removal,
8  and reserves all rights and defenses, including those available under Federal Rule of
9  Civil Procedure.

10      WHEREFORE, ADT removes this action from the Superior Court of the State
11 of California, County of Los Angeles, to United States District Court for Central
12 District of California, Western Division, and requests that further proceedings be
13 conducted in this Court as provided by law.

14 Dated:  October 28, 2022              SHOOK, HARDY & BACON L.L.P.

15

16                                      By: */s/ Gabriel S. Spooner*
17                                      Gabriel S. Spooner
                                        Attorneys for Defendant ADT LLC
18

19

20

21

22

23

24

25

26

27

28

5

## DECLARATION OF GABRIEL S. SPOONER

I, Gabriel S. Spooner, hereby declare:

1.     The following statements are within my personal knowledge and, if sworn as a witness, I would and could testify competently thereto.

2.     I am an attorney of law duly admitted to practice before all the courts of the State of California.  I am of counsel with the law firm of Shook, Hardy & Bacon, L.L.P. ("Shook"), attorneys of record for Defendant ADT LLC ("ADT") in the above-entitled matter.  This declaration is made in support of ADT's Notice of Removal.

3.     True and correct copies of all pleadings and orders served upon or obtained by ADT in the State Court Action are attached hereto as **Exhibits A and B**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 28th day of October, 2022, at Irvine, California.

_____/s/ Gabriel S. Spooner_____
Gabriel S. Spooner

6

4879-3655-7628 V1

1

## PROOF OF SERVICE
*(Gary Miller vs. ADT LLC)*

2

3       I am employed in the County of Orange, State of California. I am over the age of 18
and not a party to the within action. My business address is 5 Park Plaza, Suite 1600, Irvine,
4   California 92614.

5       On October 28, 2022, I served on the interested parties in said action the within:

6   **ADT LLC'S NOTICE OF REMOVAL; DECLARATION OF GABRIEL S.
SPOONER**

7

8   by placing a true copy thereof in a sealed envelope(s) addressed as stated on the attached
mailing list.

9   ☒       (MAIL) I am readily familiar with this firm's practice of collection and processing
correspondence for mailing. Under that practice it would be deposited with the U.S. postal
10          service on that same day in the ordinary course of business. I am aware that on motion of
party served, service is presumed invalid if postal cancellation date or postage meter date is
11          more than 1 day after date of deposit for mailing in affidavit.

12   ☐       **(BY FEDERAL EXPRESS, AN OVERNIGHT DELIVERY SERVICE)** By placing a true
and correct copy of the above document(s) in a sealed envelope addressed as indicated above
13          and causing such envelope(s) to be delivered to the FEDERAL EXPRESS Service Center, on
_____, to be delivered by their next business day delivery service on _____, to the
14          addressee designated.

15   ☒       (BY ELECTRONIC SERVICE) By electronically mailing a true and correct copy through
Shook, Hardy & Bacon L.L.P.'s electronic mail system to the e-mail address(es) as stated on
16          the attached service list.

17   ☒       (ELECTRONIC FILING) I provided the document(s) listed above electronically through the
One Legal Electronic Filing system pursuant to the instructions set forth in the Local Rules
18          for the United States District Court, Central District of California.

19       I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.
20

21       I declare that I am employed in the office of a member of the bar of this court at
whose direction the service was made.
22

23       Executed on October 28, 2022, at Irvine, California.

24

25   Gabriel S. Spooner                              */s/ Gabriel S. Spooner*
                    (Type or print name)                              (Signature)
26

27

28

7

ADT LLC'S NOTICE OF REMOVAL

4879-3655-7628 V1

1

## <u>SERVICE LIST</u>

2

Junita Castanon-Gamboa (Pro Per Litigant)

3

c/o Optimus Law

9573 Garvey Ave, Suite 20

4

South El Monte, CA  91733

(Tel) 626-324-2684 (Fax) 626-898-9699

5

Email: michaelhowardus@yahoo.com

6

**Attorney for Plaintiff**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8

ADT LLC'S NOTICE OF REMOVAL

1
2
3
4

# EXHIBIT 4

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS NOTICE OF MOTION AND MOTION TO DISMISS UNDER RULE 12(b)(5)

## Castanon-Gamboa Meet and Confer 12/1 Deadline

From: Hilliard, Henry (SHB) (rhhilliard@shb.com)

To:     michaelhowardus@yahoo.com

Date:  Tuesday, November 29, 2022 at 10:09 AM PST

Mr. Howard—

Hope you had a good Thanksgiving---

Do not know if you had the chance to review the attached federal court scheduling order for this case but we have a meet and confer deadline 12/1 and report due 12/8 with the Court in anticipation of 12/22 hearing. Has your client retained an attorney yet or are you planning on conducting meet and confer as her personal representative?

If you will be conducting meet and confer please let me know you availability over the next two days for a phone call. I have wide availability and can make any slot work.

Please let me know—

Thanks—

Henry Hilliard

**Henry Hilliard**
*Associate*
Shook, Hardy & Bacon L.L.P.

816-559-2505 | rhhilliard@shb.com



CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

 2022-11-07 Order Setting Scheduling [dckt 9_0].pdf
27.9kB

12/7/22, 12:58 AM

Case 2:22-cv-07884-FMO-E   Document 16   Filed 12/09/22   Page 32 of 38   Page ID #:277
Yahoo Mail - Fw: Castanon-Gamboa Meet and Confer 11/30

Confidentiality Notice: Information of persons named or referred may not be shared with any of the parties who are the subject of the inquiry or resulting legal actions. Additionally, the information and/or documents contained in this electronic communications may contain information that is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named in the address field. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, forwarding or the taking of any action in reliance on the contents of this electronic information is strictly prohibited, and that the documents shall be returned to the sender at this company immediately. In this regard, if you have received this electronic transmission in error, please notify us by telephone (951-234-1282) or return e-mail immediately and permanently delete this message in your entire mailbox.

----- Forwarded Message -----
**From:** Hilliard, Henry (SHB) <rhhilliard@shb.com>
**To:** Michael Howard <michaelhowardus@yahoo.com>
**Cc:** Stewart, Wende (SHB) <wstewart@shb.com>
**Sent:** Wednesday, November 30, 2022 at 10:41:11 AM PST
**Subject:** Castanon-Gamboa Meet and Confer 11/30

Mr. Howard—

Good talking with you this morning—

As discussed on the phone during our meet and confer, I understand you will reach out to an attorney and begin preparations on the Joint 26(f) report in anticipation of the 12/8 deadline with the court. I look forward to reviewing next Monday, December 8th.

Please let me know if you have any questions in the meantime. Happy to discuss further with either yourself or the attorney you retain.

Thanks—

Henry Hilliard

**Henry Hilliard**
*Associate*
Shook, Hardy & Bacon L.L.P.

816-559-2505 | rhhilliard@shb.com



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 5

Fw: Castanon-Gamboa Meet and Confer 11/30

From:  Michael Howard (michaelhowardus@yahoo.com)

To:    jason@ahdootlaw.com

Cc:    raul_castanon@yahoo.com; rhhilliard@shb.com

Bcc:   shirinbuckmanlaw@gmail.com

Date:  Wednesday, November 30, 2022 at 01:08 PM PST

Attorney Ahdoot I need to determine as attorney for the LA SC 22STLC00682 Gamboa vs ADT
Security  Corporation and Americas Security you going to respond to ADT's Federal filing to move
Jurisdiction to Federal Court Case No. 2:22-cv-07884-FMO-E.In Summary  Defendants are
claiming  (1)  Defendant ADT removes this action under 28 U.S.C. §§1332(a) and
1441(b) on the grounds that complete diversity of citizenship exists between Plaintiff
and ADT, and the amount in controversy exceeds $75,000, exclusive of interest and
costs. See Attachment 5
.

Gamboa was never served with any court documents. Everything was sent to wrong mailing
address verses Correct Address filed with the LA Court 8-12- 22 All  Defendants notice by US
Priority Mail.  Americas Security. Americas Security  notice was sent via regular mail  to Offices of
Safe Streets to Juan Duran Agent for Process of Americas Security who also works for ADT's
Alarm monitoring company]  It was returned to me  as undelivered. party not at address.

If  as to your fee not  covered for this new matter let me know you are not handling the federal
matter. I I need to arrange to retain another attorney for the federal case matter

**Attachment 1** //The  Federal Judge has given an order which needs to be responded to as to his
dismissal due to Gamboa never having responded to the filing

**Attachment 2** Federal Court Notice Order Setting Scheduling Conference
 Plainitts notice of August Change of Address// Plaintiff never received any notices as to this case
matter mailed to her. Defendant's did have her address change which I sent by Priority Mail to
each person listed except for America's Security at Ontario address. It was returned to me as
undelivered. . America's Security no longer exist as a corporation as of September  2022

**Attachment 3** Federal Docket History of filings .

**Attachment 4**  Conformed Copy of Notice change of address of Plaintiff filed 8-12-22 and mailed
to Defendants .

**Attachment 5** ADT Defendant's Notice of Adverse Party Removal from the case

Michael D. Howard
As Agent-In-Fact for Plaintiff
500 W Graham Ave # 926
Lake Elsinore, CA 92530
Tel: (951) 234-1282
Fax: (424) 389-7039

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

 Order of 11-23-22 Opportunity to Respond.pdf
78.5kB

 Order Setting Scheduling Conference filed 11-07-22.pdf
168.2kB

 CM_ECF - Docket Report.pdf
208.7kB

 Cnformed Change of Address 8-12-22.pdf
127.7kB

 [11] D-ADTC Notice to Adverse Party of Removal of Case to Federal Court.pdf
3.4MB

1
2
3
4
5
# EXHIBIT 6
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS NOTICE OF MOTION AND MOTION TO DISMISS UNDER RULE 12(b)(5)

## DECLARATION OF

I, **Michael D. Howard** declare as follows.

1. I am over the age of 18 years and am a party to this action. I have personal knowledge of the facts stated in this declaration, and if called as a witness, could and would testify competently to the truth of the facts as stated herein.

2. I am a California Licensed Private Investigator Insured License No. PI21573. My business address is: 500 West Graham Avenue #926, Lake Elsinore CA 92530. Email address; michaelhowardus@yahoo.com Tel: (951) 234-1282

3. I am not nor have been a licensed Attorney and therefore not licensed to practice law as attorney for Plaintiff Junita Castanon-Gamboa in the Federal Case Court Matter 2:22-CV-07884-FMO-E

4. That I have now reviewed documents filed, Proof of Service, filed by Defendant ADT, in above referenced matter, that those filing state that Michael D. Howard has been emailed notices as Attorney for Plaintiff.

5. I Serve as Agent-In-Fact for Plaintiff in the matters involving ADT Security Corporation and Americas Security, effect date of service on or about 01-q4-2022

6. Further I am fully aware that LASC Case No. 22STLC00682 and as such I am fully ware that the amount of the Plaintiffs case is only filed as a limited case amount of dispute $25,000. That said amount has been affirmed by the Los Angeles Hearing Court Dept. 26. *Reference Exhibit 1*

7. 08-18-2022 I filled a notice of change of address for Plaintiff with Los Angeles Superior court and noticed by US Mail all Defendants in the matter LASC 22STLC00682 Reference Exhibit 2

**DECLARATION MICHAEL D. HOWARD EXHIBIT 6**

8. That I received via email notice,, in the past,  concerning and together with notices of motions filed by Defendant ADT Case No. 2-22-CV-07884-FMO-E

9. That I inadvertently did not review the emails to assertion their contents or requirements until or on about 12-01-2022

10. Further that I did not have direct contact with Plaintiff concerning these matters, who speaks limited English in conversations with me until 12-08-2022

11. That the matters here-in were discussed by me with her son Raul Gamboa on 12-01-2022. This at which time he said he notified his mother Plaintiff. I then notified attorney of Law Jason Ahdoot SBN 213670 Tel: (310) 359-8340. *Reference Exhibit 5*

12. That am fully aware that attorney Ahdoot has appeared for Plaintiff and so retained on previous occasions in the matter of LASC 22STLC00682 GAMBOA V. ADT Security Corporation et a.

13. That I am fully licensed to conduct process of service and familiar with the process and manner of services allowable under law and so have testified to such as an expert witness in the Civil and Federal Court proceedings.

14. I have conducted various meet and confers with Defendant ADT Security Corporation most recent date of contact on or about December's 1 and 6th 2002.

*I declare under penalty of perjury under the laws of the State of California   and the United States of America based on my knowledge and beliefs unless otherwise stated that the foregoing is true and correct and that this Declaration was executed on December 8, 2022 at Lake Elsinore, California*

Declarant Michael D. Howard

**DECLARATION MICHAEL D. HOWARD EXHIBIT 6**